```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0110--CV (JKS)
                       "MABEL JOHNSON V KIKIKTAGRUK INUPIAT CORP"

                  Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 05/19/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (290) Other real property actions
                    CONVEY TITLE PURSUANT TO NATIVE SETTLMNT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 05/19/05 receipt # 00125746
          Trial by:


Parties of Record:                              Counsel of Record:

PLF 1.1           JOHNSON, MABEL                   Donald C. Mitchell
                                                   1335 F Street
                                                   Anchorage, AK 99501
                                                   907-276-1681

PLF 2.1           HIGGINS, DEBRA                   Donald C. Mitchell
                                                   (see above)

PLF 3.1           GALLAHORN, KARAN                 Donald C. Mitchell
                                                   (see above)

DEF 1.1           KIKIKTAGRUK INUPIAT CORP         John E. Havelock
                                                   Law Office of John Havelock
                                                   632 Christensen Drive, #100
                                                   Anchorage, AK 99501
                                                   907-276-1916
                                                   FAX 907-258-9053

DEF 2.1           LIE, SHARRON                     No counsel found for this party!
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0110--CV (JKS)
                       "MABEL JOHNSON V KIKIKTAGRUK INUPIAT CORP"

                                   For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/19/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (290) Other real property actions
                   CONVEY TITLE PURSUANT TO NATIVE SETTLMNT
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 05/19/05 receipt # 00125746
         Trial by:


Document #   Filed     Docket text
_____

     1 -  1  05/19/05  Complaint filed; Summons issued.

     2 -  1  06/07/05  DEF 1 motion to dismiss for lack of jurisdiction w/att memo.

     3 -  1  06/20/05  PLF 1-3 opposition to DEF 1 motion to dismiss for lack of jurisdiction
                       (2-1).

     4 -  1  06/30/05  DEF 1 reply to opposition to DEF 1 motion to dismiss for lack of
                       jurisdiction (2-1).

     5 -  1  07/05/05  PLF 1-3 Request for Oral Argument re: DEF 1 motion to dismiss for lack
                       of jurisdiction (2-1).

     6 -  1  08/04/05  JKS Order denying motion to dismiss for lack of jurisdiction (2-1). cc:
                       cnsl

     7 -  1  08/12/05  DEF 1 motion to dismiss for lack of ripeness and failure to state a
                       claim upon which relief can be granted and failure to state a claim upon
                       which relief can be granted.

     8 -  1  08/25/05  PLF 1-3 Request for Oral Argument re: DEF 1 motion to dismiss for lack
                       of ripeness and failure to state a claim upon which relief can be
                       granted and failure to state a claim upon which relief can be granted
                       (7-1).

     9 -  1  08/25/05  PLF 1-3 opposition to DEF 1 motion to dismiss for lack of ripeness and
                       failure to state a claim upon which relief can be granted and failure to
                       state a claim upon which relief can be granted (7-1) w/att aff & exhs

    10 -  1  09/02/05  DEF 1 reply to opposition to DEF 1 motion to dismiss for lack of
                       ripeness and failure to state a claim upon which relief can be granted
                       and failure to state a claim upon which relief can be granted (7-1).

    11 -  1  09/21/05  JKS Order denying motion to dismiss for lack of ripeness and failure to
                       state a claim upon which (7-1). cc: cnsl

  NOTE -  1  10/14/05  Issued: summons re: DEF 2.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0110--CV (JKS)
                        "MABEL JOHNSON V KIKIKTAGRUK INUPIAT CORP"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 10/14/05 | PLF 1-3 Complaint (Amended). |
| 13 - 1 | 10/25/05 | PLF 1-3 Return of Service Executed re:DEF 2 (no date) w/att aff. |
| 14 - 1 | 10/26/05 | DEF 1 Answer to First Complaint w/att exhs. |
| 15 - 1 | 11/23/05 | PLF 1-3 motion (application) for entry of default judgment w/att affs & exhs. |
| 16 - 1 | 11/29/05 | PLF 1; 3 motion for summary judgment against D1 on the 1st claim for relief alleged in 1st amended complaint. |
| 17 - 1 | 11/30/05 | JKS Minute Order re plf to require an D2 answer to amended complaint or apply for default due w/in 20 days. cc: cnsl |
| 18 - 1 | 11/30/05 | JKS Minute Order that crt declines to enter dft until date of svc is clarified; plf invited to file mot for entry of dft including clarification re: date of svc by 12/16/05. cc: cnsl |