FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 2:17

John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK 99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
  KIKIKTAGRUK INUPIAT CORPORATION

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION,<br><br>Defendant. | A05-110 CV (JKS)<br><br>MOTION FOR SCHEDULING ORDER ALLOWING DEFENDANT KIKIKTAGRUK INUPIAT CORPORATION AN EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |

Defendant Kikiktagruk Inupiat Corporation (KIC) moves for an extension of time to respond to the plaintiffs Motion for Summary Judgment.

The status of this case is impacted by the fact that the plaintiffs have amended their complaint to included Sharron Lie as a co-defendant. Ms. Gallahorn and Ms. Lie are the persons with the principal stake in this dispute, the defendant KIC being a processor of competing applications for interests in land from the defendant Lie and

JOHNSON ET AL. V KIC
CASE NO. A05-110 CV (JKS)

PAGE 1 OF 3

MOTION FOR SCHEDULING ORDER
ALLOWING KIC AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION
FOR SUMMARY JUDGEMENT



the plaintiffs Johnson and Gallahorn. The schedule is further impacted by questions regarding service of process on Ms. Lie, and the failure of the plaintiffs to file an Entry of Default precedent to their application for an Entry of Judgment.

The court entered its Order from Chambers on November 30, 2005 in which it pointed out that no application for Entry of Default had been filed with the court and possibly holding the case open for an entry of an answer or other application by Ms. Lie until December 16, 2005.

Substantial material interests are at stake in this litigation. KIC speculates that the failure of Ms. Lie to enter an appearance through counsel resulted from the difficulties in obtaining the services of counsel from a Kotzebue residence. In the meantime, the plaintiffs have filed a motion for summary judgment. KIC is reluctant to respond to the motion for summary judgment absent an appearance or a conclusive surrender of the right to appear on the part of Ms. Lie. In addition, the motion for summary judgment is supported by four affidavits and 10 exhibits, reflecting a commitment of considerable work and time in support of the motion. KIC further speculates that counsel entering an appearance for the first time in this case for Ms. Lie will need more time than allowed by the rule to prepare a response to the motion for summary judgment. KIC also notes that we are coming on to the holiday season and that written communications between Anchorage and Kotzebue are sometimes difficult during the core of the winter season.

JOHNSON ET AL. V KIC  
CASE NO. A05-110 CV (JKS)

PAGE 2 OF 3

MOTION FOR SCHEDULING ORDER  
ALLOWING KIC AN EXTENSION OF TIME  
TO RESPOND TO PLAINTIFF'S MOTION  
FOR SUMMARY JUDGEMENT

Accordingly, in the interests of both judicial and party economy, KIC moves for a scheduling order that will allow it to respond to the motion for summary judgment either (1) 20 days after the judgment of default against Ms. Lie is final, including any time needed by the court to dispose of any motion to set aside the default judgment filed within the 20-day interval, or (2) 20 days after Ms. Lie files her Opposition to the Motion for Summary Judgment (if the filing is allowed by the court).

By this motion, KIC also gives notice to the court and the parties that its counsel will be out of the country from January 18 to February 6, 2006, to the extent that this schedule can be taken into consideration in the setting of further proceedings.

Dated this 7th day of December, 2005

_____
John E. Havelock
Alaska Bar # 6101006
Attorney for Defendants

John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK 99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
  KIKIKTAGRUK INUPIAT CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, et al. ) | A05-110 CV (JKS) |
| ) | |
| Plaintiffs, ) | |
| vs. ) | **CERTIFICATE OF SERVICE OF** |
| ) | **MOTION FOR SCHEDULING ORDER** |
| KIKIKTAGRUK INUPIAT ) | **ALLOWING DEFENDANT KIKIKTAGRUK** |
| CORPORATION, ) | **INUPIAT CORPORATION AN** |
| ) | **EXTENSION OF TIME TO RESPOND TO** |
| Defendant. ) | **MOTION FOR SUMMARY JUDGMENT** |
| ) | |

The undersigned hereby certifies that true and complete copies of this MOTION FOR SCHEDULING ORDER ALLOWING DEFENDANT KIKIKTAGRUK INUPIAT CORPORATION AN EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT and proposed ORDER were mailed this 7th day of December, 2005 to the following:

>DONALD CRAIG MITCHELL
>1335 F STREET
>ANCHORAGE, AK 99501

By: _____
    Janet Rader