**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



FILED
DEC 0 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

<u>MABEL JOHNSON, et al.</u>   v.   <u>KIKIKIKTAGRUK INUPIAT CORP, et al.</u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                              CASE NO.  <u>A05-0110 CV (JKS)</u>

<u>Dan Maus</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: December 9, 2005

     A hearing on defendant's motion for extension of time to respond to plaintiffs' motion for summary judgment, Clerk's Docket No. 19, is hereby set for **Tuesday, December 13, 2005, at 11:00 a.m.** before Judge Singleton.

cnsl t/c notified 12/9/05

A05-0110--CV (JKS)   am 12/9/05
- - - - - - - - - - - - - - - - - - - - - - - -
✓ J. HAVELOCK
✓ D. MITCHELL

[]{IA.WPD*Rev.12/96}                                              20