**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



FILED
DEC 12 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

MABEL JOHNSON, et al.   v.   KIKIKTAGRUK INUPIAT CORP., et al.

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                             CASE NO.   A05-0110 CV (JKS)

Dan Maus

PROCEEDINGS: **CLERK'S NOTICE**                DATE: December 12, 2005

    It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendant(s): Sharron Lie in the above-entitled action is hereby entered.

A05-0110--CV (JKS)   om 12/12/05
------------------------------------
✓ J. HAVELOCK
✓ J. MITCHELL

[]{CLERKNOT.WPD*Rev.09/00}

