DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | No. A05-110 CV (JKS) |

NOTICE OF FILING OF AFFIDAVIT

On December 12, 2005 and as their Exhibit No. 15, the plaintiffs filed a facsimile copy of the Return of Service Affidavit of Lieutenant Eric Swisher. Notice is hereby given that the plaintiffs now are filing the original copy of Lieutenant Swisher's affidavit.

DATED: December 13, 2005



Donald Craig Mitchell

Attorney for Plaintiffs



# RETURN OF SERVICE

On December 5, 2005, I received the following documents:

1. Application for Entry of Default Judgement
2. Affidavit of Karen Gallahorn in Support of Application for Entry of Default Judgement
3. Affidavit of Debra Higgins
4. Affidavit of Karen Gallahorn in Support of Motion for Summary Judgement
5. Index of Plaintiffs' Exhibits
6. Certificate of Service from Donald Mitchell
7. Default Declaratory Judgement (unsigned/unsealed)

In case number **A05-110 CV (JKS)** and served the above listed documents on or about ___12/6/05___, in Kotzebue, Alaska, by delivering a copy of it to **Sharron "Tula" Lie**.

___12/6/05___  ___[signature]___
Return Date    Signature of Peace Officer

___ERIC Swisher Lt. /KPD___
Type or Print Name of Peace Officer

Subscribed and sworn to before me this ___6th___ day of ___December___, 2005, at Kotzebue, Alaska.

___[signature]___
Nortary Public
My Commission Expires: _____

NANCY MERCER
NOTARY PUBLIC
State of Alaska
My Commission Expires Apr. 21, 2009

CERTIFICATE OF SERVICE

I certify that on December 13, 2005, by United States mail, I mailed a copy of Notice of Filing of Affidavit, Affidavit of Lieutenant Eric Swisher, and Certificate of Service to:

JOHN HAVELOCK
Attorney at Law
632 Christensen Drive  Suite 100
Anchorage, Alaska 99501

SHARRON LIE
Box 303
Kotzebue, Alaska 99752



Donald Craig Mitchell

Attorney for Plaintiffs