FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 2:37

DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, <br><br> Defendant. | No. A05-110 CV (JKS) |

JOINT MOTION TO STAY FILING OF STATUS AND DISCOVERY REPORT

Plaintiffs Mabel Johnson and Karan Gallahorn and defendant Kikiktagruk Inupiat Corporation (KIC) jointly move the court to stay its December 12, 2005 order requiring the parties to file their status and discovery report until fourteen (14) days after the court issues its order granting or denying the plaintiffs' motion for summary judgment.



On November 29, 2005 the plaintiffs filed a motion for summary judgment against defendant KIC which asserts that there are no material facts at issue between the parties and that the plaintiffs are entitled to a judgment in their favor as a matter of law.

Defendant KIC opposes the motion.

With respect to the motion, on December 13, 2005 the court issued an order in which it granted defendant KIC's motion for an extension of time within which to file its opposition memorandum. That order requires defendant KIC to file its opposition memorandum on or before February 6, 2005.

However, the day previous, i.e., on December 12, 2005, the court issued an order from chambers that directs the parties to jointly file their status and discovery report on January 10, 2005.

Because they cannot determine what the status of this action will be or what the discovery needs of the parties will be until the court decides the plaintiffs' motion for summary judgment, the parties are requesting the court to stay its December 12, 2005 order and allow the parties to file their status and discovery report fourteen (14) days after the court decides the motion for summary judgment.

For the reasons set forth above, the parties respectfully request that the instant motion for a stay be granted.

DATED: December 30, 2005

_____
Donald Craig Mitchell

Attorney for Plaintiffs

_____
John Havelock

Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 30, 2005, by United States mail, I mailed a copy of Joint Motion to Stay Filing of Status and Discovery Report, proposed Order, and Certificate of Service to:

> JOHN HAVELOCK
> Attorney at Law
> 632 Christensen Drive  Suite 100
> Anchorage, Alaska 99501



Donald Craig Mitchell

Attorney for Plaintiffs