LODGED
DEC 3 0 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MABEL JOHNSON, by Debra Higgins,  )
her Next Friend and Daughter, and )
KARAN GALLAHORN,                  )
                                  )
           Plaintiffs,            )
                                  )    No. A05-110 CV (JKS)
vs.                               )
                                  )
KIKIKTAGRUK INUPIAT CORPORATION,  )
                                  )
           Defendant.             )
_____)

ORDER

IT IS ORDERED that the joint motion of plaintiffs Mabel

Johnson and Karan Gallahorn and defendant Kikiktagruk Inupiat

Corporation requesting the court to stay its December 12, 2005

order is granted. The parties shall file their status and

discovery report on or before fourteen (14) days after the court

issues its order granting or denying the plaintiffs' motion for

summary judgment.

DATED: 1/4/06

James K. Singleton

United States District Judge