Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>          Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>          Defendants. | <br><br><br><br><br><br><br><br><br>Case No. A05-110 CV (JKS)<br><br>**ENTRY OF APPEARANCE** |

COMES NOW Fortier & Mikko, P.C. and hereby enters its appearance on behalf of Defendant SHARRON LIE in this matter. Service of documents in this matter may be made upon:

FORTIER & MIKKO, P.C.
101 West Benson Boulevard, Suite 304
Anchorage, AK 99503

                                      FORTIER & MIKKO, PC
                                      Attorneys for Defendant Sharron Lie

                                      By: s/ Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304  ANCHORAGE, ALASKA 99503  TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 9 day of January 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

_____
Fortier & Mikko

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221