

John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK 99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
KIKIKTAGRUK INUPIAT CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE<br><br>Defendants. | A05-110 CV (JKS)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant KIC moves the court for an extension of time to allow defendant KIC to file its memorandum opposing the plaintiffs' motion for summary judgment on or before February 13, 2006, and to allow the plaintiffs to file their reply memorandum on or before February 27, 2006. John Havelock, counsel for defendant KIC, has discussed this motion, and the dates requested herein, with Donald Mitchell, counsel for the plaintiffs, and the plaintiffs do not oppose the motion.

JOHNSON ET AL. V KIC
CASE NO. A05-110 CV (JKS)

PAGE 1 OF 2

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION AND
REPLY TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

Dated this 17th day of January, 2006.

_____
John E. Havelock
Alaska Bar # 6101006
Attorney for Defendant KIC

John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK 99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
KIKIKTAGRUK INUPIAT CORPORATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, et al. ) | A05-110 CV (JKS) |
| ) | |
| Plaintiffs, ) | |
| vs. ) | CERTIFICATE OF SERVICE OF |
| ) | UNOPPOSED MOTION FOR |
| KIKIKTAGRUK INUPIAT ) | EXTENSION OF TIME TO FILE |
| CORPORATION and SHARON LIE, ) | OPPOSITION AND REPLY TO |
| ) | DEFENDANT'S MOTION FOR |
| Defendants. ) | SUMMARY JUDGMENT |
| ) | |

The undersigned hereby certifies that true and complete copies of this UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and proposed ORDER were mailed this 17th day of January, 2006 to the following:

DONALD CRAIG MITCHELL
1335 F STREET
ANCHORAGE, AK 99501

SAM FORTIER
FORTIER & MIKKO, PC
101 W. BENSON BLVD, SUITE 304
ANCHORAGE, AK 99503

By: _____
Janet Rader

JOHNSON ET AL. V KIC
CASE NO. A05-110 CV (JKS)

Page 1

CERTIFICATE OF SERVICE OF
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
OPPOSITION AND REPLY TO
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT