LODGED
JAN 17 2006

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE,<br><br>Defendants. | A05-110 CV (JKS)<br><br>ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The motion is GRANTED.

Defendants' opposition to Plaintiff's Motion for Summary Judgment is now due on or before February 13, 2006.

Plaintiffs' reply is now due on or before February 27, 2006.

Dated this _____ day of January, 2006.

_____
James K. Singleton, Jr.
Judge of the US District Court

JOHNSON ET AL. V KIC
CASE NO. A05-110 CV (JKS)                    Page 1                    ORDER ON UNOPPOSED MOTION FOR
                                                                       EXTENSION OF TIME TO FILE
                                                                       OPPOSITION AND REPLY TO
                                                                       DEFENDANT'S MOTION FOR SUMMARY
                                                                       JUDGMENT