IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KAREN GALLAHORN,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE,<br><br>    Defendants. | Case No. A05-0110 CV (JKS)<br><br>O R D E R |

The Unopposed Motion for Extension of Time at Docket No. 31 is GRANTED.

Defendants' Opposition to Plaintiffs' Motion for Summary Judgment is now due on or before February 13, 2006.

Dated at Anchorage, Alaska, this 19th day of January 2006.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

1