```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA


MABEL JOHNSON, by Debra Higgins,    )
her Next Friend and Daughter, and   )
KARAN GALLAHORN,                    )
                                    )
                 Plaintiffs,        )
                                    )    No. A05-110 CV (JKS)
vs.                                 )
                                    )
KIKIKTAGRUK INUPIAT CORPORATION,    )
                                    )
                 Defendant.         )
_____)
```

ORDER

   IT IS ORDERED that the motion of plaintiffs Mabel Johnson and Karan Gallahorn for an extension of time is granted.

   The plaintiffs shall file their memorandum opposing the motion of Sharron Lie to set aside the default that the court has entered against Ms. Lie on or before February 27, 2006.


                                    _____
                                    James K. Singleton
                                    United States District Judge