Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | Case No. A05-110 CV (JKS) <br><br> **QUALIFIED NON-OPPOSITION TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO SET ASIDE DEFAULT** |

COMES NOW Defendant SHARRON LIE, by and through counsel, and does not oppose Plaintiffs' Motion for Extension of Time until February 27, 2006 in which to file their opposition to Ms. Lie's Motion to Set Aside Default. However, this extension of professional courtesy is without prejudice to Ms. Lie's right to oppose Plaintiffs' Motion for

Non-Opposition to Plaintiffs' Motion for an Extension to file Opposition to Motion to Set Aside
Default Judgment                                         1
*Johnson v. Kikigranuk, et al.*, Case No. A05-110 CV (JKS)

Summary Judgment, notwithstanding the delay occasioned by Plaintiffs' delayed response, if any, to Ms. Lie's application for relief from default.[1]

DATED at Anchorage, Alaska, this 26th day of January, 2005.

> FORTIER & MIKKO, P.C.
> Attorneys for Defendant
> Sharron Lie
>
> By:    s/ Samuel J. Fortier
>       101 W. Benson Blvd., Suite 304
>       Anchorage, AK 99503
>       Phone: (907) 277-4222
>       Fax: (907) 277-4221
>       Email: sfortier@fortmikk.alaska.com
>       ABA No. 8211115

---

[1] Counsel for Ms. Lie did discuss with Mr. Mitchell an extension of time, in a conversation that occurred on January 12, 2006. However, after that conversation, and unbeknownst to Ms. Lie's counsel, Mr. Mitchell instructed KIC's lawyer, Mr. Havelock, to remove the undersigned's counsel's name from a non-opposed motion extending the time for responding to Plaintiffs' Motion for Summary Judgment. The undersigned counsel thus determined it was in Ms. Lie's best interests to file the Motion to Set Aside Default without seeking an extension of time, despite the late hour to expedite investigation this would entail. The motion was necessary in order to ensure that Ms. Lie would have an opportunity to respond to the Motion for Summary Judgment that Plaintiffs filed. In a subsequent telephone call on or about January 16, Mr. Mitchell informed undersigned counsel that, notwithstanding Ms. Lie's Entry of Appearance and timely response, he would oppose Ms. Lie's filing an opposition to Plaintiffs' Motion for Summary Judgment because of the technical default. Mr. Mitchell also asserts in his issuing papers that he did not timely receive the application of relief from default. However, the application was served and filed electronically. Mr. Mitchell had timely access to the motion on January 13, 2006.

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 26th day of January 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

s/Carol A. Borge

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221