Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>    Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>    Defendants. | Case No. A05-110 CV (JKS) |

**AFFIDAVIT OF SHARRON LIE
IN SUPPORT OF OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA            )
                           ) ss:
THIRD JUDICIAL DISTRICT    )

Sharron Lie, being first duly sworn upon oath, deposes and states as follows:

1.    I am the daughter of Harold and Nina Lie. I make these statements from my personal knowledge.

2. In 1994, my mother and I appealed the determination of the KIC Board of Directors to limit our subsistence campsite to a one-acre parcel. We believed we were entitled to the entire island.

3. There was never any doubt that the one-acre parcel that KIC approved included my father's cabin site and cache. It was part of the proof of our claim.

4. Throughout the appeal hearing, before David Hanson, the Gallahorns claimed that they were entitled to more of the cleared area surrounding the cabin and cache.

5. In 2004, KIC presented me with a proposed Settlement of 14(c)(1) Reconveyance Obligation, and a map, referred to in the settlement, as: "Kikiktagruk Inupiat Corporation's ANCSA 14(c) Kotzebue Partial Map of Boundaries." That document appears as Exhibit 5 to the Opposition to Plaintiffs' Motion for Summary Judgment.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SHARRON LIE

SUBSCRIBED AND SWORN TO before me this 13th day of February, 2006.

Notary Public
JENNIFER L. GORDON
State of Alaska
My Commission Expires October 16, 2008

_____
Notary Public in and for Alaska
My Commission Expires: Oct 18 2008

AFFIDAVIT OF SHARRON LIE
Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp., Case No. A05-110 CV (JKS)
Page 2 of 3

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically by mail this 13th day of February 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


  /s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

AFFIDAVIT OF SHARRON LIE
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 3 of 3