Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503 ·
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A05-110 CV (JKS)

**AFFIDAVIT OF CHRIS LIE
IN SUPPORT OF OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA          )
                                          ) ss:
THIRD JUDICIAL DISTRICT   )

Chris Lie, being first duly sworn upon oath, deposes and states as follows:

1.      I am the son of Harold and Nina Lie, and the brother of the Defendant,

Sharron Lie.  I make these statements from my personal knowledge.

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

2.      Access to the subsistence campsites of my father and Dave Johnson is along a slough in the Noatak River.  There is a relatively small area for a boat pull-out, and the river banks to the north and south are too high to pull up a boat.

3.      The cabin my father bought from Fred Morrison was directly in front of the pull-out.

4.      My father removed the cabin after it was vandalized during a break-in in his absence.

5.      My father left the cabin foundation, which consisted of 55-gallon drums containing pilings that had planks over them.  He left the cache intact and stored snow shoes, lanterns, tack boards, National Geographic magazines, and books.

6.      Karan Gallahorn's cabin sits over my father's foundation at the head of the boat pull-out, in front of the cache.

7.      It is hard to understand how Ms. Gallahorn could have mistakenly thought that her parcel could have included my father's improvements.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHRIS LIE

SUBSCRIBED AND SWORN TO before me this _13_ day of _February_, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: _1/23/08_

ZENA BARR
Commission Expires
NOTARY
PUBLIC
Nov 23, 2008
STATE OF ALASKA

AFFIDAVIT OF CHRIS LIE
*Muhal Johnson, et al. v. Kikiktagruk Inupiat Corporation*, NO. A05-110 CV (JKS)
Page 2 of 3

**Certificate of Service**
I hereby certify that a true and correct copy
of the following document has been sent
electronically by mail this 13th day of
February 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


  /s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

AFFIDAVIT OF CHRIS LIE
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 3 of 3