John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK 99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
KIKIKTAGRUK INUPIAT CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN </br></br>Plaintiffs, </br></br>vs. </br></br>KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE, </br></br>Defendants. | A05-110 CV (TMB) </br></br>**AFFIDAVIT OF WILLIE GOODWIN** |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

COMES NOW Willie Goodwin and, being first duly sworn deposes and says:

1. My name is Willie Goodwin, Jr. and until March of 15, 1997 I was the Land Manager for Kikiktagruk Inupiat Corporation (KIC).

2. Until my departure I was fully familiar with the situation in the Lie-Johnson dispute on Chairtree Island.

3. After the hearing before hearing officer Hanson and before the presentation to the board of directors of the hearing officer's report the parties agreed that the boundary between the two holdings would a line half way between the Johnson cabin (which had been used as proof of her claim) and the cache and storage area which was located slightly to the upper end of the slough.

4. I recall meeting with Karan Gallahorn early in the year of 1997. At the time I was still the land manager for KIC. Ms. Gallahorn was asking about making improvements to the Johnson cabin. I told her she would have to get permission from the Johnson's to make those improvements and that I had no authority to give her permission. I did not make any map for her.

5. I had no authority to tell her where she could build a cabin and I am positive that I never gave her permission to build a cabin anywhere.

Dated this _10_ day of February, 2006.

_____
Willie Goodwin

On the above date, appeared before me Willie Goodwin who, having subscribed this document and being duly sworn, deposed and said that the matters stated were true and correct and that he knew of the matters stated therein of his personal knowledge.



_____
Notary Public in and for Alaska
My Commission expires:

JOHNSON ET AL. V KIC                Page 2                AFFIDAVIT OF WILLIE GOODWIN
CASE NO. A05-110 CV (JKS)

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically by mail this 13th day of February 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

AFFIDAVIT OF CHRIS LIE
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 3 of 3