Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>        Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>        Defendants. | Case No. A05-110 CV (JKS) |

**AFFIDAVIT COUNSEL
IN SUPPORT OF OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA      )
                                ) ss:
THIRD JUDICIAL DISTRICT  )

Samuel J. Fortier, being first duly sworn upon oath, deposes and states as follows:

1.    I am the attorney of record at Fortier & Mikko, P.C., representing Sharron Lie in the above-captioned case. All statements made herein are based upon my own personal knowledge.

2. I am attaching hereto as Exhibit 1 a true, correct, and complete copy of the Hearing Officer's Report dated March 8, 1994.

3. I am attaching hereto as Exhibit 2 a true, correct, and complete copy of the Minutes of Regular Meeting of Kikikt Inupiat Corporation Board of Director's March 13, 1995 Meeting.

4. I am attaching hereto as Exhibit 3 a true, correct, and complete copy of the March 14, 1995 Letter from Margaret Hansen to Mabel Johnson.

5. I am attaching hereto as Exhibit 4 a true, correct, and complete copy of the December 20, 2002 Letter from Ernest Norton to Karan Gallahorn with attachments.

6. I am attaching hereto as Exhibit 5 a true, correct, and complete copy of the Settlement of 14(c)(1) Reconveyance Obligation.

7. I am attaching hereto as Exhibit 6 a true, correct, and complete copy of the Survey Detail of Partial Map of Boundaries of Lot 21 and 22.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SAMUEL J. FORTIER

SUBSCRIBED AND SWORN TO before me this 13th day of February, 2006.

Karen L. deLeon
Notary Public in and for Alaska
My Commission Expires: 3/9/07

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222   FAX LINE (907) 277-4221

AFFIDAVIT OF COUNSEL
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 2 of 3

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically by mail this 13th day of February 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


  /s/ Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION  101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

AFFIDAVIT OF COUNSEL
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 3 of 3