+Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | Case No. A05-110 CV (JKS) <br><br> **ORDER GRANTING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiff's motion for summary judgment is DENIED. It is so ordered.

ORDERED this _____ day of _____, 2006.

_____
U.S. DISTRICT COURT JUDGE
TIMOTHY BURGESS

Order Granting Opposition to Motion for Summary Judgment
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)
Page 1 of 2

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 13th day of February 2006 to:

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


  /s/ Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222   FAX LINE (907) 277-4221

Order Granting Opposition to Motion for Summary Judgment
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)
Page 2 of 2