John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
    KIKIKTAGRUK INUPIAT CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN | ) ) ) ) | |
| Plaintiffs, | ) ) | A05-110 CV (TMB) |
| vs. | ) ) | **RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE, | ) ) ) ) | |
| Defendants. | ) ) | |

It is the position of Kikiktagruk Inupiat Corporation (KIC) that this case is primarily a dispute between two claimants of land in which the role of KIC was merely as the original adjudicator. However, the plaintiffs' claim of promissory estoppel is directed at KIC, giving the corporation no alternative but to respond.

The affidavits of Mr. Goodwin and Mr. Norton, attached hereto make short work of any claim to Summary Judgment so that no extended reply to the Motion is required.

It might be said that even if Ms. Johnson and Ms. Gallahorn persuade the jury of the merits of their claim against the testimony indicated by these affidavits, that the remedy is not the conveyance of property that has been adjudicated as belonging to another (the Lies) but damages measured as the cost of moving the cabin.  By suggesting this remedy, KIC is in no way admitting liability.

Dated this 13TH day of February, 2006.

  s/John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Alaska Bar # 6101006
Attorney for Defendant KIC

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing OPPOSITION TO MOTION FOR SUMMARY JUDGMENT and supporting STATEMENT OF GENUINE ISSUES were served electronically this 13TH day of February, 2006 on the following:

DONALD CRAIG MITCHELL
DCRAIGM@AOL.COM

SAM FORTIER
SFORTIER@FORTMIKK.ALASKA.COM

By:   s/John Havelock