DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MABEL JOHNSON, by Deborah Higgins, )
her Next Friend and Daughter, and  )
KARAN GALLAHORN,                    )
                                    )
        Plaintiffs,                 )
                                    )   No. A05-110 CV (TMB)
vs.                                 )
                                    )
KIKIKTAGRUK INUPIAT CORPORATION,    )
                                    )
        Defendant.                  )
_____)

REQUEST FOR ORAL ARGUMENT
ON MOTION TO SET ASIDE DEFAULT

Pursuant to Local Rule 7.2(a), the plaintiffs request the court to hear oral argument on the motion of Sharron Lie to set aside default.

DATED: February 22, 2006

/s/ Donald Craig Mitchell
_____
Donald Craig Mitchell

Attorney for Plaintiffs