IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
MABEL JOHNSON, by Debra Higgins,   )
her Next Friend and Daughter, and  )
KARAN GALLAHORN,                   )
                                   )
             Plaintiffs,           )
                                   )   No. A05-110 CV (TMB)
vs.                                )
                                   )
KIKIKTAGRUK INUPIAT CORPORATION,   )
                                   )
             Defendant.            )
_____)
```

ORDER

IT IS ORDERED that the motion of Sharron Lie to set side default is denied.

DATED: _____

_____
Timothy M. Burgess

United States District Judge