DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)
dcraigm@aol.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, </br></br> Plaintiffs, </br></br> vs. </br></br> KIKIKTAGRUK INUPIAT CORPORATION, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. A05-110 CV (TMB)

MOTION TO STRIKE OPPOSITION OF SHARRON LIE TO
<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

The plaintiffs move the court to strike the memorandum Sharron Lie has filed in opposition to the plaintiffs' motion for summary judgment, as well as the affidavits and exhibits Ms. Lie has filed in support thereof.

On November 29, 2005 the plaintiffs filed a motion for summary judgment that requests the court to enter a judgment in their favor against defendant Kikiktagruk Inupiat Corporation on the First Claim for Relief alleged in the First Amended Complaint. See Clerk's Docket No. 16.

On December 12, 2005 the Clerk entered a default against Sharron Lie because Ms. Lie had failed to answer the First Amended Complaint. See Clerk's Docket No. 22.

As a consequence of the entry of default, Ms. Lie is not a party to this action and may not participate in this action unless and until the default is set aside. See Hayek v. Big Brothers/Big Sisters of America, 198 F.R.D. 518, 524 (N.D. Iowa 2001)(holding that a former party against which a default has been entered may not move or plead in response to the complaint unless and until the default has been set aside).

Nevertheless, on February 13, 2006 Ms. Lie filed a memorandum, with accompanying affidavits and exhibits, opposing the plaintiffs' motion for summary judgment. See Clerk's Docket No. 36.

Ms. Lie had no authority to do so.

Because she did not, the plaintiffs respectfully request the court to grant their motion to strike.

DATED: February 23, 2006

/s/ Donald Craig Mitchell
_____
Donald Craig Mitchell

Attorney for Plaintiffs

Certificate of Service

_____I certify that on February 23, 2006 a copy of Motion to Strike Opposition of Sharron Lie to Plaintiffs' Motion for Summary Judgment and proposed Order were sent electronically to:

John Havelock
Attorney for Defendant
jehavelock@yahoo.com

Samuel Fortier
Attorney for Sharron Lie
fortmikk@ak.net

/s/ Donald Craig Mitchell
_____
Donald Craig Mitchell

Attorney for Plaintiffs