IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
MABEL JOHNSON, by Debra Higgins,    )
her Next Friend and Daughter, and   )
KARAN GALLAHORN,                    )
                                    )
              Plaintiffs,           )
                                    )   No. A05-110 CV (TMB)
vs.                                 )
                                    )
KIKIKTAGRUK INUPIAT CORPORATION,    )
                                    )
              Defendant.            )
_____)
```

ORDER

IT IS ORDERED that the plaintiffs' motion to strike opposition of Sharron Lie to plaintiffs' motion for summary judgment is granted. The Clerk of Court shall strike Docket No. 36 in its entirety from the docket in the above-captioned action.

DATED: _____

_____
Timothy M. Burgess

United States District Judge