```
DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)
```

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, )<br>her Next Friend and Daughter, and )<br>KARAN GALLAHORN, )<br>  )<br>            Plaintiffs, )<br>  )<br>vs. )<br>  )<br>KIKIKTAGRUK INUPIAT CORPORATION, )<br>  )<br>            Defendant. )<br>_____) | No. A05-110 CV (TMB) |

**REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON <u>FIRST CLAIM FOR RELIEF ALLEGED IN FIRST AMENDED COMPLAINT</u>**

Pursuant to Local Rule 7.2(a), the plaintiffs request the court to hear oral argument on their Motion for Summary Judgment on First Claim for Relief Alleged in First Amended Complaint.

DATED: February 23, 2006

```
                          s/ DONALD CRAIG MITCHELL

                          1335 F Street
                          Anchorage, Alaska 99501
                          (907) 276-1681
                          (907) 276-1681 (Fax)
                          dcraigm@aol.com
                          Alaska Bar No. 7605046
                          Attorney for Plaintiffs
```

Certificate of Service

_____I certify that on February 23, 2006 a copy of Request for Oral Argument on Motion for Summary Judgment on First Claim for Relief Alleged in First Amended Complaint was sent electronically to:

      John Havelock           Samuel Fortier
      Attorney for Defendant    Attorney for Sharron Lie
      jehavelock@yahoo.com      fortmikk@ak.net

                            s/ DONALD CRAIG MITCHELL

                            1335 F Street
                            Anchorage, Alaska 99501
                            (907) 276-1681
                            (907) 276-1681 (Fax)
                            dcraigm@aol.com
                            Alaska Bar No. 7605046

                            Attorney for Plaintiffs