```
DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)

Attorney for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, )<br>her Next Friend and Daughter, and  )<br>KARAN GALLAHORN,                    )<br>                                     )<br>            Plaintiffs,              )<br>                                     )   No. A05-110 CV (TMB)<br>vs.                                  )<br>                                     )<br>KIKIKTAGRUK INUPIAT CORPORATION,     )<br>                                     )<br>            Defendant.               )<br>_____ ) | |

<u>REQUEST FOR ORAL ARGUMENT ON MOTION TO SET ASIDE DEFAULT</u>

Pursuant to Local Rule 7.2(a), the plaintiffs request the court to hear oral argument on the motion of Sharron Lie to set aside default.

DATED: February 23, 2006

                               s/ DONALD CRAIG MITCHELL

                               1335 F Street
                               Anchorage, Alaska 99501
                               (907) 276-1681
                               (907) 276-1681 (Fax)
                               dcraigm@aol.com
                               Alaska Bar No. 7605046
                               Attorney for Plaintiffs

Certificate of Service

    I certify that on February 23, 2006 a copy of Request for Oral Argument on Motion to Set Aside Default was sent electronically to:

| | |
|---|---|
| John Havelock | Samuel Fortier |
| Attorney for Defendant | Attorney for Sharron Lie |
| jehavelock@yahoo.com | fortmikk@ak.net |

s/ DONALD CRAIG MITCHELL

1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)
dcraigm@aol.com
Alaska Bar No. 7605046

Attorney for Plaintiffs

2