John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
    KIKIKTAGRUK INUPIAT CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN )<br><br>Plaintiffs, )<br><br>vs. )<br><br>KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE, )<br><br>Defendants. ) | A05-110 CV (TMB)<br><br>**NOTICE OF UNAVAILABILITY** |

   Defendant KIC notes that oral argument has been requested by plaintiff on Defendant Lie's Motion to Set Aside Default (doc 47 filed 2/23/06) and Plaintiff's Motion for Summary Judgment on First Claim for Relief Alleged in First Amended Complaint (doc 46 filed 2/23/06).

   Defendant KIC's counsel respectfully notices the court that he has long-held plans to be out of the country, accompanied by several family members, from the evening of March 15, 2005 to return on the evening of April 3, 2006, and has cases set

for trial in Superior Court for the weeks of April 10 (trailing) and May 22, and respectfully requests that these prior commitments be accommodated to the degree possible in the Court's scheduling of oral argument or other hearings in the above-captioned matter.

Dated this 1st day of March, 2006.

  s/John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com
Alaska Bar # 6101006
Attorney for Defendant KIC

CERTIFICATE OF SERVICE:  I hereby certify that a copy of the foregoing NOTICE OF UNAVAILABILITY was served electronically this 1st day of March, 2006 on the following:

DONALD CRAIG MITCHELL
DCRAIGM@AOL.COM

SAM FORTIER
SFORTIER@FORTMIKK.ALASKA.COM

By:      s/John Havelock