Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | Case No. A05-110 CV (JKS) |

### AFFIDAVIT OF SHARRON LIE

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT )

Sharron (Tula) Lie, being first duly sworn upon oath, deposes and states as follows:

1. When I received the complaint from Ms. Gallahorn, I went to the KIC offices and spoke with Ernest Norton, the Land Manager. He told me not to worry about it and that KIC was handling the matter.

2. At the end of November or very beginning of December, Mr. Norton told me that I had to get a lawyer right away or I that would be defaulted.

3. There is no attorney in Kotzebue that I could contact.

4. The first thing I did was to prepare my response to the complaint. I sent to the court and to Ms. Gallahorn's attorney.

5. I also contacted Mr. Parvin, an attorney at the only private law firm in Nome, and asked if he would take the case. I sent him the documents and he told me that this was not his area of law, and that I needed to look for another attorney.

6. I contacted the attorney for the Northwest Arctic Borough, David Case, and asked him for a referral. He recommended Sam Fortier, whom I then contacted.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SHARRON LIE

SUBSCRIBED AND SWORN TO before me this 12 day of March, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 3-12-08

AFFIDAVIT OF SHARRON LIE
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JWS)
Page 2 of 3

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically by mail this ____ day of February 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


  /s/ Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION  101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

ENTRY OF APPEARANCE