IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
MABEL JOHNSON, by Debra Higgins,   )
her Next Friend and Daughter, and  )
KARAN GALLAHORN,                   )
                                   )
            Plaintiffs,            )
                                   )   No. A05-110 CV (TMB)
vs.                                )
                                   )
KIKIKTAGRUK INUPIAT CORPORATION,   )
                                   )
            Defendant.             )
_____)
```

ORDER

IT IS ORDERED that the plaintiffs' motion to strike is granted. The Clerk of Court shall strike the Affidavit of Sharron Lie (March 6, 2006) from the docket in this action, and, in adjudicating Ms. Lie's Motion to Set Aside Default, the court will not consider any argument made in Ms. Lie's reply memorandum which relies on that affidavit.

DATED: _____

_____
Timothy M. Burgess

United States District Judge