Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br>Plaintiffs, <br><br>vs. <br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br>Defendants. | Case No. A05-110 CV (JKS) <br><br>**DEFENDANT LIE'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Court's Order of December 13, 2005, Defendant Sharron Lie filed a timely Motion to Set Aside Entry of Default. At the time of the Order, Plaintiffs' Motion for Summary Judgment against KIC on count one of Plaintiffs' Complaint was pending. Defendant Lie filed a timely opposition to the motion in anticipation of the Court's setting

Lie's Opposition to Plaintiff's Motion to Strike Defendant's
Opposition to Plaintiffs' Motion for Summary Judgment
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)

Page 1 of 3

aside the entry of default. If default is not set aside, Defendant's Opposition to Plaintiffs' Motion for Summary Judgment is moot.

In the event that Defendant Lie's motion is granted, which it should be, Ms. Lie wishes to have her opposition to the summary judgment motion filed with the Court so that she can be heard on the motion without delaying the Court or Plaintiffs. Ms. Lie should certainly be heard on Plaintiffs' motion.

According to Plaintiffs' motion, the actual boundaries between the parcels are immaterial because the land was "promised" by KIC. But, the actual boundaries are of manifest importance to the Lies. Moreover, the history of the proceedings and mutually exclusive claims raise issues of reasonable reliance that the Lies are in the best position to address given their personal knowledge.

Plaintiffs' Motion to Strike elevates form over substance, and is surplus. If default is not set aside, Defendant's opposition carries no weight. If default is set aside, Defendant Lie should be heard and has expedited the proceedings to the benefit of all.

Ms. Gallahorn's consistent litigation strategy is brought to the fore once again. That strategy is to fight every possible procedural battle in the faint hope that she avoid a resolution on the merits.

Lie's Opposition to Plaintiff's Motion to Strike Defendant's
Opposition to Plaintiffs' Motion for Summary Judgment
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)

Page 2 of 3

DATED at Anchorage, Alaska this 16th day of March, 2005.

> FORTIER & MIKKO, P.C.
> Attorneys for Defendant
> Sharron Lie
>
> By: /s/ Samuel J. Fortier
> Samuel J. Fortier
> ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy
of the following document has been sent
electronically this 16th day of March, 2006
to:

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


/s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

Lie's Opposition to Plaintiff's Motion to Strike Defendant's       Page 3 of 3
Opposition to Plaintiffs' Motion for Summary Judgment
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)