DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)
dcraigm@aol.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br>         Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, <br><br>         Defendant. | ) ) ) ) ) ) ) No. A05-110 CV (TMB) ) ) ) ) ) ) |

PLAINTIFFS' REPLY TO OPPOSITION OF SHARRON LIE TO
PLAINTIFFS' MOTION TO STRIKE OPPOSITION OF SHARRON LIE TO
<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>

On October 18, 2005 the plaintiffs properly served Sharron Lie with a summons and a copy of the First Amended Complaint.

Regrettably, since that date Ms. Lie, both by her actions and in her filings, has consistently asserted that she believes that she has a right to participate in this action when she

pleases and however she pleases in repeated flagrant disregard of the Federal Rules of Civil Procedure and the Local Civil Rules of this court.

The memorandum Ms. Lie has now filed in opposition to the plaintiffs' motion to strike Ms. Lie's opposition to the motion for summary judgment which the plaintiffs have filed against defendant Kikiktagruk Inupiat Corporation (and not against Ms. Lie) is more of the same.

In that memorandum Ms. Lie concedes that the plaintiffs are correct that, as a consequence of her own inaction which resulted in the Clerk's entry of default, Ms. Lie has no right to participate in this action. But she then brushes that blackletter legal conclusion aside by disparaging it as an overly technical conclusion of law that "elevates form over substance." See Opposition Memorandum, at 2.

Simply put, Ms. Lie believes that the plaintiffs should be required to respond to a pleading that Ms. Lie had no right to file (and that the plaintiffs should be required to spend the attorney's fees that they will incur if their attorney does so on their behalf) for no reason other than that Ms. Lie has decided that they should.

But that is not the result that the Federal Rules of Civil

Procedure mandate. And because it is not, for the reasons set forth both in their motion and above, the plaintiffs request the court to grant their Motion to Strike Opposition of Sharron Lie to Plaintiffs' Motion for Summary Judgment.

DATED: March 20, 2006

                                      s/ Donald Craig Mitchell

                                      1335 F Street
                                      Anchorage, Alaska 99501
                                      (907) 276-1681
                                      (907) 276-1682 Fax
                                      dcraigm@aol.com

                                      Attorney for Plaintiffs

<u>Certificate of Service</u>

     I certify that on March 20, 2006 a copy of Plaintiffs' Reply to Opposition of Sharron Lie to Plaintiffs' Motion to Strike Opposition of Sharron Lie to Plaintiffs' Motion for Summary Judgment was sent electronically to:

        John Havelock          Samuel Fortier
        Attorney for Defendant   Attorney for Sharron Lie
        jehavelock@yahoo.com     fortmikk@ak.net

                                      s/ Donald Craig Mitchell

                                      Attorney for Plaintiffs