# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_MABEL JOHNSON, et al._     v.     _KIKIKTAGRUK INUPIAT CORP., et al._

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                                CASE NO.  _3:05-cv-00110 TMB_

_Patty Demeter_

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: May 19, 2006

     Judge Burgess hereby recuses himself from the above-referenced case.  Pursuant to the system of random case assignments, this action is reassigned to Judge John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:05-cv-00110-JWS.

[]{IQ2.WPD*Rev.12/96}