Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,  Plaintiffs, vs. KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,  Defendants. | Case No. A05-110 CV (JKS)  **NOTICE OF FILING CORRECTED JOINDER IN THE STATUS REPORT PER DEFENDANT KIKIKTAGRUK INUPIAT CORPORATION** |

Defendant Sharon Lie, through counsel, hereby files her corrected Joinder in the Status Report per Defendant Kikiktagruk Inupiat Corporation, by correcting the signature and certificate of service pages.

Notice of Filing Corrected Joinder in Status Report
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)
Page 1 of 2

DATED at Anchorage, Alaska this 23rd day of May, 2006.

> FORTIER & MIKKO, P.C.
> Attorneys for Defendant
> Sharron Lie
>
> By: /s/ Samuel J. Fortier
> Samuel J. Fortier
> 101 W. Benson Blvd., Suite 304
> Anchorage, AK 99503
> Phone: (907) 277-4222
> Fax: (907) 277-4221
> Email: fortmikk@ak.net
> ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically this 23rd day of May 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier

Notice of Filing Corrected Joinder in Status Report
*Johnson v. Kikiktagruk, et al.*, Case No. A05-110 CV (JKS)
Page 2 of 2

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>Defendants. | Case No. A05-110 CV (JKS)<br><br>**JOINDER IN THE STATUS REPORT PER DEFENDANT KIKIKTAGRUK INUPIAT CORPORATION** |

COMES NOW Sharron Lie, through counsel, and hereby joins in the status report of Defendant KIC. As the Defendant KIC makes plain, Plaintiffs refused to recognized even the existence of Defendant Sharron Lie, which has made preparation of the status report in compliance with the court's order unusually difficult.

DATED at Anchorage, Alaska this 23rd day of May, 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By: /s/ Samuel J. Fortier
Samuel J. Fortier
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically this 23rd day of May 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko

Joinder in the Status Report Per
Defendant Kikiktagruk Inupiat Corporation
Case No. A05-110 CV (JKS)
*Mabel Johnson, et. al., v. KIK, et. al.*

2