MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Johnson v. Kikiktagruk Inupiat Corp.*, et al.

THE HONORABLE JOHN W. SEDWICK                                  3:05-cv-110 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**                  June 28, 2006

    Given the court's disposition of Sharron Lie's motion for relief from entry of default at docket 30, plaintiffs' motion to strike at docket 44 is **DENIED** as moot. However, plaintiffs shall have until **July 14**, **2006**, to file a reply to Lie's opposition to plaintiffs' summary judgment motion at docket 16.