John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
    KIKIKTAGRUK INUPIAT CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN ) ) ) ) | |
| Plaintiffs, ) ) | A05-110 CV (JWS) |
| vs. ) ) | **DEFENDANT KIC'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER OF 7/21/06** |
| KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE, ) ) ) | |
| Defendants. ) ) | |

The defendant Kikiktagruk Inupiat Corporation joins in the Reply filed by the defendant Sharon Lie.

Dated this 14th day of August, 2006.

                       _s/John Havelock_
                       LAW OFFICES OF JOHN HAVELOCK
                       632 Christensen Drive, Suite 100
                       Anchorage, AK  99501
                       (907)276-1916
                       (907)258-9053 (fax)
                       jehavelock@yahoo.com
                       Alaska Bar # 6101006
                       Attorney for Defendant KIC

CERTIFICATE OF SERVICE: I hereby certify that a copy of the foregoing DEFENDANT KIC'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER OF 7/21/06 was served electronically this 14th day of August, 2006 on the following:

DONALD CRAIG MITCHELL
DCRAIGM@AOL.COM

SAM FORTIER
SFORTIER@FORTMIKK.ALASKA.COM

By:     s/John Havelock