# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MABEL JOHNSON, et al.,
    Plaintiffs,

                      Case Number 3:05-cv-00110-JWS

v.

KIKIKTAGRUK INUPIAT CORP.
et al.,
    Defendants.             **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the plaintiffs take nothing, that the action be dismissed due to lack of jurisdiction, and that the defendants recover of the plaintiffs their costs of action in the amount of $_____.

APPROVED:

_/s/_____
John W. Sedwick
United States District Judge

_____
Date: August 21, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                            _Ida Romack_____
                          Ida Romack, Clerk of Court

[~1074126.wpd]{JMT2.WPT*Rev.3/03}