John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
    KIKIKTAGRUK INUPIAT CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN )))) | |
| Plaintiffs, ) | A05-110 CV (JWS) |
| ) | |
| vs. ) | **MOTION FOR ATTORNEY FEES** |
| ) | |
| KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE, )))) | |
| Defendants. )) | |

   Defendant Kikiktagruk Inupiat Corporation (KIC) moves for attorneys fees with respect to its investment of attorney time in the issues relating to the underlying merits of the case, merits determinable under state law.  These are attorneys fees that KIC would have been entitled to under ARCP 82 had the case, been brought in state court in the first place.

The case was determined ultimately on federal jurisdictional grounds, but as a result of the court's earlier ruling that jurisdiction adhered, the parties engaged in all the usual elements of case litigation on the merits under state law.

After the court first ruled that jurisdiction existed, for purposes of determining the merits on these state related grounds (promissory estoppel), the parties committed the attorneys' work. This work involved the analysis of state law required to prepare and defend under cross-motions for summary judgment, as well as the work leading up to these motions after jurisdiction had been first decided favorably to plaintiffs. Until the court later ruled that the plaintiffs did not have jurisdiction, the court had provisional jurisdiction to rule on attorneys fees issues incorporating state rules. Plaintiffs cannot now complain that this court has no power to award attorneys' fees to defendants when it was plaintiffs' insistence that this court had jurisdiction that brought the defendants before this court.

The applicable rule is Rule 82, Alaska Rules of Civil Procedure which provides in relevant part "(b)(2) In cases in which the prevailing party recovers no money judgment … the court shall award the prevailing party in a case resolved without trial 20 percent of its actual attorney's fees which were necessarily incurred. The actual fees shall include fees for legal work customarily performed by an attorney but which was delegated to and performed by an investigator, paralegal or law clerk."

According to this rule, the defendant KIC is entitled to attorneys fees in the amount of one fifth of $7,168.00 or $1,433.60, as indicated in the attached affidavit of

counsel. The defendant KIC prays that the court enter an order granting them fees in this amount.

        Dated this 29th day of August, 2006.

                s/John Havelock
                LAW OFFICES OF JOHN HAVELOCK
                632 Christensen Drive, Suite 100
                Anchorage, AK  99501
                (907)276-1916
                (907)258-9053 (fax)
                jehavelock@yahoo.com
                Alaska Bar # 6101006
                Attorney for Defendant KIC

CERTIFICATE OF SERVICE:  I hereby certify that copies of the foregoing MOTION FOR ATTORNEY FEES, AFFIDAVIT OF JOHN HAVELOCK IN SUPPORT OF MOTION FOR ATTORNEY FEES, and proposed order were served electronically this 29th day of August, 2006 on the following:

DONALD CRAIG MITCHELL
DCRAIGM@AOL.COM

SAM FORTIER
SFORTIER@FORTMIKK.ALASKA.COM

By:    s/John Havelock

John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
     KIKIKTAGRUK INUPIAT CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN )))) | |
| Plaintiffs, ) | A05-110 CV (JWS) |
| ) | |
| vs. ) | **ORDER ON KIC MOTION FOR** |
| ) | **ATTORNEY FEES** |
| KIKIKTAGRUK INUPIAT CORPORATION and SHARON LIE, ))) | |
| ) | |
| Defendants. ) | |

Defendant KIC's Motion for Attorney Fees is GRANTED.

Defendant KIC shall recover from Plaintiffs attorney fees in the amount of $_____.

Dated this _____ day of _____, 2006.

_____
Hon. John W. Sedwick
Judge of the US District Court

JOHNSON ET AL. V KIC                    Page 1 of 1                    MOTION FOR ATTORNEY FEES
CASE NO. A05-110 CV (JWS)