John Havelock
LAW OFFICES OF JOHN HAVELOCK
632 Christensen Drive, Suite 100
Anchorage, AK  99501
(907)276-1916
(907)258-9053 (fax)
jehavelock@yahoo.com

Attorney for Defendant
    KIKIKTAGRUK INUPIAT CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN ) ) ) ) | |
| Plaintiffs, ) ) | A05-110 CV (JWS) |
| vs. ) ) | **AFFIDAVIT OF JOHN HAVELOCK IN SUPPORT OF MOTION FOR ATTORNEY FEES** |
| KIKIKTAGRUK INUPIAT CORPORATION and Sharon Lie, ) ) ) | |
| Defendants. ) ) ) | |

STATE OF ALASKA               )
                              ) ss.
THIRD JUDICIAL DISTRICT       )

            COMES NOW John Havelock and, being first duly sworn deposes and

says:

            1.    I am counsel to KIKIKTAGRUK INUPIAT CORPORATION,

defendant in this action.

            2.    The fees incurred by my client in defense of this action, relating only

A hereto is a true and complete statement of fees incurred by my client in defense of this action. These fees were actually incurred and billed to the client. No non-fee costs were incurred by my client in defense of this action.

Dated this 28ᵗʰ day of August, 2006.

John E. Havelock
Alaska Bar # 6101006
Attorney for Defendant KIC

SUBSCRIBED AND SWORN to before me this 28ᵗʰ day of August, 2006.



Janet L. Rader,
Notary Public in and for Alaska
My Commission expires: 11/08/06

ATTACHMENT A

FEES INCURRED BY KIC IN DEFENSE OF A05-110 CV
(NOT INCLUDING MOTIONS TO DISMISS
FOR LACK OF JURISDICTION, RIPENESS)

| | | |
|---|---|---|
| 05/05/05 | Gallahorn - note to KIC Land Manager | 0.2 |
| 05/05/05 | Gallahorn - review of Karan's statements | 0.5 |
| 05/24/05 | review complaint - memo to Kris Lethin | 0.9 |
| 09/29/05 | memo to KIC Land Manager re giving deeds, BLM survey delivery | 0.4 |
| 10/11/05 | respond to attorney | 0.4 |
| 10/18/05 | work on answer to complaint | 2.6 |
| 10/19/05 | more work on answer to complaint | 5.0 |
| 10/20/05 | finalize Answer with exhibits | 0.3 |
| 11/07/05 | check Mitchell filing | 0.2 |
| 12/05/05 | motion for summary judgment to court | 1.3 |
| 12/09/05 | calls | 0.2 |
| 12/09/05 | call KIC Land Manager | 0.2 |
| 12/12/05 | memo to Ballet and Board President on Lie default | 1.3 |
| 12/13/05 | review MSJ & note to client | 0.7 |
| 12/13/05 | Consulting attorney call & read email traffic | 0.4 |
| 12/13/05 | scheduling order & file | 0.3 |
| 12/14/05 | call from KIC Land Manager, email exch. With Board member | 1.3 |
| 12/14/05 | Atty Fortier calls case | 0.5 |
| 12/15/05 | prepare for and go to hearing | 1.5 |
| 12/30/05 | review stipulation | 0.2 |
| 01/12/06 | status report to Board of Directors | 0.7 |
| 01/17/06 | KIC Land Manager calls on KIC lands & email from Board member | 0.3 |
| 02/08/06 | record search for recommendations on hearing, memo to file, calls to KIC, research on msj | 3.8 |
| 02/09/06 | call potential witnessp | 0.2 |
| 02/09/06 | check with KIC Land Manager, new faxes | 0.4 |
| 02/10/06 | call KIC President, Call other atty, call KIC Land Manager on affidavit, call potential witness | 3.9 |
| 02/10/06 | answer to Complaint | 0.7 |
| 02/13/06 | draft possible amended answer; case defense review & mail | 4.6 |
| 02/14/06 | call atty on tapes, case discussion | 0.4 |

| Date | Description | Hours |
|---|---|---|
| 02/24/06 | call Reischlin re response on msj | 0.4 |
| 02/28/06 | email KIC Land Manager on record | 0.4 |
| 03/07/06 | read pleading filed by Lie | 0.2 |
| 04/03/06 | review Mitchell pleading | 0.2 |
| 04/06/06 | recheck answer to complaint | 0.4 |
| 04/20/06 | talk to Don Mitchell | 0.3 |
| 05/16/06 | briefing | 0.3 |
| 05/16/06 | note to atty | 0.3 |
| 05/17/06 | discussion with Don Mitchell | 0.4 |
| 05/17/06 | draft status report to court | 0.9 |
| 05/18/06 | prepare draft status report for court | 1.3 |
| 05/19/06 | review Mitchell proposed status report? | 0.5 |
| 05/19/06 | return message to Mitchell | 0.8 |
| 05/19/06 | drafting of separate status report, calls from Lie attorney, note to KIC President on settlement possibilities | 1.3 |
| 05/22/06 | re-drafting of status report in light of Mitchell filing | 0.7 |
| 06/29/06 | read messages | 0.2 |
| 07/17/06 | review of reply brief | 0.2 |
| 07/24/06 | calls on settlement, judge's order | 0.6 |
| 07/24/06 | same - memo to KIC President | 0.8 |
| 07/25/06 | call Reichlin, memo to KIC President | 0.4 |
| 07/25/06 | discussion w/Reichlin, memo to Board President | 0.8 |
| | Total hours | 44.8 |

Fees        44.8 hours @ $160/hour                    $7,168.00