DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)
dcraigm@aol.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | No. 3:05-cv-00110-JWS |

## NOTICE OF APPEAL

Notice is given that plaintiffs Mabel Johnson and Karan Gallahorn appeal to the United States Court of Appeals for the Ninth Circuit from the Order from Chambers of the district court, dated August 18, 2006, in which the court dismissed this action.

DATED: August 30, 2006

```
                              s/ DONALD CRAIG MITCHELL
                                 1335 F Street
                                 Anchorage, Alaska 99501
                                 (907) 276-1681
                                 (907) 276-1681 (Fax)
                                 dcraigm@aol.com
                                 Alaska Bar No. 7605046

                                 Attorney for Plaintiffs
```

                    CERTIFICATE OF SERVICE

I certify that on August 30, 2006, a copy of Notice of Appeal was served on:

| | |
|---|---|
| JOHN HAVELOCK | SAM FORTIER |
| Attorney at Law | Fortier & Mikko |
| 632 Christensen Drive  Suite 100 | Suite 304 |
| Anchorage, Alaska 99501 | 101 W. Benson Blvd. |
| | Anchorage, Alaska 99503 |

```
                              s/ DONALD CRAIG MITCHELL
```