Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, ) ) ) ) | |
| Plaintiffs, ) | Case No. A05-110 CV (JKS) |
| vs. ) ) | |
| KIKIKTAGRUK INUPIAT CORPORATION, ) and SHARRON LIE, ) ) | **DEFENDANT SHARON LIE'S MOTION AND MEMORANDUM FOR ATTORNEYS' FEES** |
| Defendants. ) ) | |

Defendant Sharron Lie ("Lie"), hereby moves for attorneys' fees with respect to

her investment of attorney time in the issues relating to the underlying merits of the case,

merits determinable under state law. These are attorneys' fees that Ms. Lie would have

been entitled to under Alaska Rule of Civil Procedure 82 had the case been brought in

state court in the first place.

The case was determined ultimately on federal jurisdictional grounds, but as a

result of the court's earlier ruling that jurisdiction adhered, the parties engaged in all the

usual elements of case litigation on the merits under state law.

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

After the court first ruled that jurisdiction existed, for purposes of determining the merits on these state related grounds (promissory estoppel), the parties committed the attorneys' work. This work involved the analysis of state law required to prepare and prosecute, under state law, motion practice to reverse a default judgment, and to defend and prosecute cross-motions for summary judgment, as well as the work leading up to these motions after jurisdiction had been first decided favorably to Plaintiffs. Until the Court later ruled that the Court lacked jurisdiction, the Court had provisional jurisdiction to rule on attorneys' fees issues incorporating state rules. Plaintiff cannot now complain that this Court has no power to award attorneys' fees to Defendants when it was upon Plaintiffs' insistence that this Court had jurisdiction that brought the Defendants before this Court.

The applicable rule is Rule 82, Alaska Rules of Civil Procedure which provides in relevant part, "(b)(2)  In cases in which the prevailing party recovers no money judgment … the court shall award the prevailing party in a case resolved without trial 20 percent of its actual attorney's fees which were necessarily incurred. The actual fees shall include fees for legal work customarily performed by an attorney but which was delegated to and performed by an investigator, paralegal or law clerk."

Here, Ms. Lie filed an answer, but Plaintiffs more-or-less insisted upon entry of default. Plaintiffs mad the litigation far more difficult, procedurally, with additional frivolous motions and oppositions. For instance, notwithstanding that Ms. Lie retained counsel, as Judge Singleton directed, and counsel timely filed a motion for relief from

default, Plaintiffs <u>opposed</u> that motion. This opposition was in the face of Plaintiffs' <u>own</u> submittal establishing that Ms. Lie had timely filed her answer. In short, the opposition was frivolous and unnecessary. In addition, Plaintiffs moved to strike Ms. Lie's reply, which contained supplemental materials responding to Plaintiffs' frivolous opposition. The motion to strike was also frivolous, as supplemental material is expressly permitted by local rules.

Plaintiffs also sought to strike Ms. Lie's opposition to Plaintiffs' Motion for Summary Judgment, on the basis that Ms. Lie was defaulted (see above). That motion to strike was also frivolous. Nonetheless, Ms. Lie was required to file additional pleadings in response.

According to this rule, Sharron Lie is entitled to attorneys' fees in the amount of one-fifth of $13,585 or $2,717 as indicated in the attached Affidavit of Counsel. Ms. Lie prays that this Court enter an order granting her fees in this amount.

DATED at Anchorage, Alaska this 30th day of August 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By:    /s/ Samuel J. Fortier
      Samuel J. Fortier
      101 W. Benson Blvd., Suite 304
      Anchorage, AK 99503
      Phone: (907) 277-4222
      Fax: (907) 277-4221
      Email: fortmikk@ak.net
      ABA No. 8211115

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

**Certificate of Service**
I hereby certify that a true and correct copy
of the following document has been sent
electronically and via US mail this 30th day of
August 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


/s/ Samuel J. Fortier
Fortier & Mikko

*FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION  101 W. Benson Blvd., Suite 304  ANCHORAGE, ALASKA 99503  TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221*

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, | ) ) ) ) |
| Plaintiffs, | ) Case No. A05-110 CV (JKS) |
| vs. | ) ) ) |
| KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, | ) **ORDER ON SHARRON LIE'S** ) **MOTION FOR** ) **ATTORNEYS' FEES** |
| Defendants. | ) ) |

This matter having come before this Court on Sharron Lie's Motion for Attorneys fees; and the papers on file;

IT IS HEREBY ORDERED that said motion is GRANTED. Ms. Lie shall recover from Plaintiffs, attorneys' fees in the amount of $_____.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

___/s/ John W. Sedwick_____
The Honorable John W. Sedwick
United States District Court Judge

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

**Certificate of Service**
I hereby certify that a true and correct copy
of the following document has been sent
electronically and via US mail this 30th day of
August 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221