Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>Defendants. | Case No. A05-110 CV (JKS)<br><br>**CERTIFICATE OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |

1. I am the attorney of record at Fortier & Mikko, P.C., representing Sharron Lie in the above-captioned case. All statements made herein are based upon my own personal knowledge.

CERTIFICATE OF COUNSEL
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 1 of 2

2.  I am attaching hereto a true and complete statements of fees incurred by Sharron Lie in defense of this action. These fees were actually incurred and billed to Ms. Lie. No non-fee costs were incurred by Ms. Lie in defense of this action.

DATED at Anchorage, Alaska, this 30th day of August, 2006.

> FORTIER & MIKKO, P.C.
> Attorneys for Defendant Sharron Lie
>
> By: /s/ Samuel J. Fortier
> Samuel J. Fortier
> 101 W. Benson Blvd., Suite 304
> Anchorage, AK 99503
> Phone: (907) 277-4222
> Fax: (907) 277-4221
> Email: fortmikk@ak.net
> ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically by mail this 30th day of August 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier

CERTIFICATE OF COUNSEL
*Mabel Johnson, et al. v. Kikiktagruk Inupiat Corp.*, Case No. A05-110 CV (JKS)
Page 2 of 2

SUMMARY OF FEES ATTACHED TO BILLINGS
INCURRED BY SHARRON LIE IN CASE NO. A05-110 CV

| | |
|---|---|
| January 2006 | $4,655.00 |
| February 2006 | $6,099.00 |
| March 2006 | $2,090.00 |
| April 2006 | $152.00 |
| May 2006 | $209.00 |
| June 2006 | $152.00 |
| July 2006 | $228.00 |
| TOTAL: | $13,585.00 |

$13,585.00 x .20% = $2,717.00