AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____ALASKA_____

MABEL JOHNSON, et al,

V.

KIKIKTAGRUIK INUPIAT CORPORATION, et al

**BILL OF COSTS**

Case Number: A05-110 CV JWS

Judgment having been entered in the above entitled action on __8/21/2006__ against __Plaintiffs__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing .................................................. | _____ |
| Fees for witnesses (itemize on reverse side) ........................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 .................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ...................................... | _____ |
| Compensation of court-appointed experts ............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ... Research, postage, copying (see attached) | 826.49 |
| TOTAL $ | 826.49 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __John Hevelock and Donald Craig Mitchell__ .

Signature of Attorney: _[signature]_

Name of Attorney: __Samuel J. Fortier__

For: __Sharron Lie__ Date: __8/31/06__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court         Deputy Clerk                         Date

Sharron Lie
Account No. 1485.1

| Date | Fees | Costs | Payment | Balance |
|---|---|---|---|---|
| 01.31.06 | 4,655.00 | 305.75 | 2,500.00 | 2,460.75 |
| 02.28.06 | 6,099.00 | 306.61 | 2,500.00 | 6,366.36 |
| 03.31.06 | 2,090.00 | 202.47 | | 8,658.83 |
| 04.30.06 | 152.00 | | | 8,810.83 |
| 05.31.06 | 209.00 | 2.64 | | 9,022.47 |
| 06.30.06 | 152.00 | 0.39 | 1,000.00 | 8,174.86 |
| 07.31.06 | 228.00 | 8.63 | | 8,411.49 |
| **Total** | **13,585.00** | **826.49** | **6,000.00** | **8,411.49** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*On line research*

| | Copies | Postage | Online Rese. | Messenger | Phone/fax | |
|---|---|---|---|---|---|---|
| 1/31/2006 | 139.00 | 7.83 | 263.17 | | | |
| 2/28/2006 | 172.00 | 0.87 | 252.07 | 5.00 | 5.67 | |
| 3/31/2006 | 44.00 | | 188.70 | | 2.77 | |
| 4/30/2006 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 5/31/2006 | 9.00 | 0.39 | | | | |
| 6/30/2006 | | 0.39 | | | | |
| 7/31/2006 | 32.00 | 0.63 | | | | |
| | 396 x .10 | | | | | |
| Total | 39.60 | 10.11 | 703.94 | 5.00 | 8.44 | **$ 767.09** |

SUMMARY OF COSTS ATTACHED TO BILL OF COSTS
INCURRED BY SHARRON LIE IN CASE NO. A05-110 CV

| | |
|---|---|
| January 2006 | $305.75 |
| February 2006 | $306.61 |
| March 2006 | $202.47 |
| April 2006 | $0 |
| May 2006 | $2.64 |
| June 2006 | $0.39 |
| July 2006 | $8.63 |
| TOTAL: | $826.49 |