Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, | ) ) ) ) |
| Plaintiffs, | ) Case No. A05-110 CV (JKS) ) |
| vs. | ) ) |
| KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, | ) ) ) |
| Defendants. | ) **NOTICE OF COST BILL** ) **HEARING** ) |

Please take notice that a hearing will be held by telephone on Defendant Sharon Lie's Cost Bill on the 8th day of September, 2006, at 9 a.m. Any party wishing to attend can call 677-6101.

Notice of Cost Bill Hearing
*Johnson v. Kikiktagruk, et al.,* Case No. A05-110 CV (JKS)
Page 1 of 2

DATED at Anchorage, Alaska this 31st day of August, 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant
Sharron Lie

By:    /s/ Samuel J. Fortier
        Samuel J. Fortier
        101 W. Benson Blvd., Suite 304
        Anchorage, AK 99503
        Phone: (907) 277-4222
        Fax: (907) 277-4221
        Email: fortmikk@ak.net
        ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy
of the following document has been sent
electronically this 31st day of August 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

 /s/ Samuel J. Fortier

Notice of Cost Bill Hearing
*Johnson v. Kikiktagruk, et al.,* Case No. A05-110 CV (JKS)
Page 2 of 2

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221