Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. A05-110 CV (JKS) <br> ) <br> ) <br> ) **ERRATA TO** <br> ) **DEFENDANT SHARON LIE'S** <br> ) **MOTION AND MEMORANDUM** <br> ) **FOR ATTORNEYS' FEES** <br> ) <br> ) |

Defendant Sharron Lie ("Lie"), hereby files her Errata to her Motion and Memorandum for Attorneys' Fees attaching the monthly billing statements.

DATED at Anchorage, Alaska this 31st day of August 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By: /s/ Samuel J. Fortier
Samuel J. Fortier
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 3st day of August 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

*Johnson, et al. v. Kikiktagruk Inupiat Corp., et al.*, Case No A05-110 CV
Errata to Motion for Attorneys' Fees         2

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 01/31/06
ACC'T NO.: SJF-1485.1

RE: adv. Sharon Gallahorn

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 01/03/06 | Conference with client ~~████████~~; telephone to John Havelock regarding issues involved (services provided 12/14/05) | SJF | 1.00 |
| 01/03/06 | Telephone from Ms. Lie ~~████████~~ | SJF | 0.30 |
| 01/04/06 | Telephone from client ~~████████~~ Pacer regarding filing and orders; draft memo to jerry; draft memo to secretary | SJF | 1.50 |
| 01/11/06 | Review documents received from client - work on Answer - teleconference with John Havelock's Office - attempt meeting | JMR | 3.50 |
| 01/12/06 | Work on Answer - motion to set aside default - receive documents from Havelock's Office; teleconference with Tula | JMR | 5.50 |
| 01/13/06 | Complete answer and motion to set aside default judgment | JMR | 5.00 |
| 01/17/06 | Teleconference with client re: ~~████████~~ | JMR | 0.40 |
| 01/20/06 | Read Motion for Extension of Time to File Opposition | JMR | 0.20 |
| 01/21/06 | Receive and review motion for extension of time; draft response | SJF | 0.50 |
| 01/24/06 | Research and review; draft qualified non-opp to Johnson, et. al.'s motion for extnesion of time; confer and review regarding motion for summary judgment | SJF | 1.50 |
| 01/25/06 | Receive and review email regarding minutes of KIC meeting; conference and research regarding motion for SJ & response | SJF | 0.50 |
| 01/25/06 | Review Johnson's Motion for Summary Judgment - review exhibits - review file to begin opposition to motion for summary judgment | JMR | 2.00 |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 01/31/06
ACC'T NO.: SJF-1485.1

| Date | Description | Atty | Hours |
|---|---|---|---|
| 01/26/06 | Receive and review court orders setting dates for default and summary judgment motion practice | SJF | 0.50 |
| 01/26/06 | Teleconference with Tula - [redacted] | JMR | 0.20 |
| 01/27/06 | Teleconference with Tula Lie re: [redacted] | JMR | 0.30 |
| 01/31/06 | Outline for Opposition to Summary Judgment; teleconference with John Havelock's office obtain documents via e-mail - review documents received from client | JMR | 1.60 |

**Total of New Services:** 24.50

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 01/31/06 | Photocopies | 34.75 |
| 01/31/06 | Postage | 7.83 |
| 01/31/06 | Online computer legal research | 263.17 |

**Total of New Expenses:** 305.75

### ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $0.00 |
| NEW SERVICES: | $4,655.00 |
| NEW EXPENSES: | $305.75 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $4,960.75 |
| **CURRENT BALANCE:** | **$4,960.75** |

Accounts are due upon receipt of statement. Please make checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.
Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222


Sharon Lie

BILLING DATE: 02/28/06
ACC'T NO.: SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:   $2,460.75**

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 02/02/06 | Research estoppel - reliance on federal law - state law - review restatement | SJF | 0.10 |
| 02/03/06 | Work on opposition to motion for summary judgment - teleconference with KIC attorney's office | SJF | 1.80 |
| 02/05/06 | Work on Opposition to Motion for Summary Judgment - research reasonable reliance as a matter of law in federal and state court - continue dictation | JMR | 2.70 |
| 02/06/06 | Opposition to Motion for Summary Judgment | JMR | 2.20 |
| 02/07/06 | Teleconference with Tula re: Affidavit | JMR | 0.30 |
| 02/07/06 | Teleconference with Tula | JMR | 0.30 |
| 02/08/06 | Teleconference with John Havelock twice re ~~[redacted]~~ | JMR | 0.40 |
| 02/08/06 | Work on Opposition to Motion for Summary Judgment; teleconference with John Havelock | JMR | 5.30 |
| 02/09/06 | Teleconference with John Havelock work on opposition to motion for summary judgment | JMR | 0.10 |
| 02/11/06 | Reveiw and edit draft oppositon to motion for summary judgment | SJF | 2.00 |
| 02/11/06 | Complete rough draft of opposition to motion for summary judgment | JMR | 6.00 |
| 02/13/06 | Complete opposition to motion for summary judgment - affidavit of Sharon Lie - Affidavit of Chris Lie | JMR | 7.50 |
| 02/14/06 | Teleconference with John Havelock re ~~[redacted]~~ view KIC motion for summary judgment | JMR | 0.20 |
| 02/16/06 | Receive and review statement of genuine issues | SJF | 0.50 |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 02/28/06
ACC'T NO.: SJF-1485.1

| Date | Description | Atty | Hours |
|---|---|---|---|
| 02/23/06 | Begin Reply to Opposition to Motion to Set Aside Default Judgment | JMR | 2.20 |
| 02/24/06 | Receive and review orders and motions to strike | SJF | 0.50 |

**Total of New Services:** 32.10

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 02/28/06 | Messenger service | 5.00 |
| 02/28/06 | Postage | 0.87 |
| 02/28/06 | Photocopies | 43.00 |
| 02/28/06 | Online computer legal research | 252.07 |
| 02/28/06 | Long distance phone/fax charges | 5.67 |

**Total of New Expenses:** 306.61

| DATE | PAYMENT | AMOUNT |
|---|---|---|
| 02/28/06 | Payment received 3/29/06 thank you. | 2,500.00 |

**Total of New Payments:** 2,500.00

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $2,460.75 |
| NEW SERVICES: | $6,099.00 |
| NEW EXPENSES: | $306.61 |
| NEW PAYMENTS: | $2,500.00 |
| TOT. CURRENT PERIOD: | $6,405.61 |
| **CURRENT BALANCE:** | **$6,366.36** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE:  03/31/06
ACC'T NO.:  SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   $6,366.36

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 03/02/06 | Teleconference with Sharon Lie - work on opposition to Motion to Set Aside Default | JMR | 1.00 |
| 03/06/06 | Complete Reply to Opposition to Set Aside Default - complete 2nd Affidavit; teleconference with Sharon Lie | JMR | 2.00 |
| 03/07/06 | Review and approve Reply Brief | SJF | 0.50 |
| 03/07/06 | Receive and review motion to strike regarding affidavit. | SJF | 0.50 |
| 03/16/06 | Review and approve opposition to motion to strike | SJF | 0.50 |
| 03/16/06 | Draft Opposition to Motion to Strike Opposition to Summary Judgment file | JMR | 1.00 |
| 03/17/06 | Draft Opposition to Motion to Strike; affidavit of Karen Gallahorn | JMR | 1.70 |
| 03/20/06 | Work on Opposition to Motion to Strike Sharron's affidavit - research re: reply affidavits | JMR | 2.20 |
| 03/30/06 | Complete Lie Opposition to Motion to Strike | JMR | 1.60 |

**Total of New Services:**                                                    11.00

| DATE | EXPENSE | | AMOUNT |
|---|---|---|---|
| 03/31/06 | Long distance phone/fax charges | | 2.77 |
| 03/31/06 | Photocopies | | 11.00 |
| 03/31/06 | Online computer legal research | | 188.70 |

**Total of New Expenses:**                                                   202.47

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE:   03/31/06
ACC'T NO.:   SJF-1485.1

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $6,366.36 |
| NEW SERVICES: | $2,090.00 |
| NEW EXPENSES: | $202.47 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $2,292.47 |
| **CURRENT BALANCE:** | **$8,658.83** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 04/30/06
ACC'T NO.: SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   **$8,658.83**

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 04/02/06 | Review, edit and approve draft response to motion to strike | SJF | 0.80 |

**Total of New Services:**   **0.80**

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $8,658.83 |
| NEW SERVICES: | $152.00 |
| NEW EXPENSES: | $0.00 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $152.00 |
| **CURRENT BALANCE:** | **$8,810.83** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 05/31/06
ACCT NO.: SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   **$8,810.83**

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 05/09/06 | Conference and research regarding J. Burgess order | SJF | 0.50 |
| 05/17/06 | Receive and review status report and draft response | SJF | 0.30 |
| 05/19/06 | Telephone to John Havelock and discuss status report | SJF | 0.30 |

**Total of New Services:**   1.10

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 05/31/06 | Postage | 0.39 |
| 05/31/06 | Photocopies | 2.25 |

**Total of New Expenses:**   2.64

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $8,810.83 |
| NEW SERVICES: | $209.00 |
| NEW EXPENSES: | $2.64 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $211.64 |
| **CURRENT BALANCE:** | **$9,022.47** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharron Lie

BILLING DATE:  06/30/06
ACC'T NO.:  SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   $9,022.47

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 06/27/06 | Receive letter from Tula; Settlement Offer from Tim Scheurch, new President of KIC, ▓▓▓▓▓▓▓▓▓ teleconference with family | JMR | 0.30 |
| 06/28/06 | Receive and review letter from Sharon; draft letter to Sharon | SJF | 0.50 |

**Total of New Services:**                                                      **0.80**

| DATE | EXPENSE | | AMOUNT |
|---|---|---|---|
| 06/30/06 | Postage | | 0.39 |

**Total of New Expenses:**                                                      **0.39**

| DATE | PAYMENT | | AMOUNT |
|---|---|---|---|
| 06/30/06 | Payment received thank you (2 separate money orders in the amount of $500/each) | | 1,000.00 |

**Total of New Payments:**                                                     **1,000.00**

### ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $9,022.47 |
| NEW SERVICES: | $152.00 |
| NEW EXPENSES: | $0.39 |
| NEW PAYMENTS: | $1,000.00 |
| TOT. CURRENT PERIOD: | $152.39 |
| **CURRENT BALANCE:** | **$8,174.86** |

Accounts are due upon receipt of statement. Please make checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

**FORTIER & MIKKO, P.C.**
Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharron Lie

BILLING DATE:     07/31/06
ACC'T NO.:        SJF-1485.1

RE:    adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   **$8,174.86**

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 07/13/06 | Receive and review Mitchell reply brief | JMR | 0.50 |
| 07/23/06 | Receive order from the court regarding order to show cause why case should not be dismissed for lack of jurisdiction - draft explanatory letter to Tula | JMR | 0.70 |

**Total of New Services:**                                                  **1.20**

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 07/31/06 | Postage | 0.63 |
| 07/31/06 | Photocopying | 8.00 |

**Total of New Expenses:**                                                  **8.63**

### ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $8,174.86 |
| NEW SERVICES: | $228.00 |
| NEW EXPENSES: | $8.63 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $236.63 |
| **CURRENT BALANCE:** | **$8,411.49** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104