FILE COPY

Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222   FAX LINE (907) 277-4221

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>Defendants. | Case No. A05-110 CV (JKS)<br><br>**ERRATA TO DEFENDANT SHARON LIE'S MOTION AND MEMORANDUM FOR ATTORNEYS' FEES** |

Defendant Sharron Lie ("Lie"), hereby files her Errata to her Motion and Memorandum for Attorneys' Fees attaching the monthly billing statements.

DATED at Anchorage, Alaska this 31st day of August 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By: /s/ Samuel J. Fortier
Samuel J. Fortier
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 3st day of August 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION   101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222   FAX LINE (907) 277-4221