# FORTIER & MIKKO, P.C.
Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE:  01/31/06
ACC'T NO.:  SJF-1485.1

RE:  adv. Sharon Gallahorn

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 01/03/06 | Conference with client███████████████; telephone to John Havelock regarding issues involved (services provided 12/14/05) | SJF | 1.00 |
| 01/03/06 | Telephone from Ms. Lie ████████████████ ████████ | SJF | 0.30 |
| 01/04/06 | Telephone from client███████████████████ ████████ Pacer regarding filing and orders; draft memo to jerry; draft memo to secretary | SJF | 1.50 |
| 01/11/06 | Review documents received from client - work on Answer - teleconference with John Havelock's Office - attempt meeting | JMR | 3.50 |
| 01/12/06 | Work on Answer - motion to set aside default - receive documents from Havelock's Office; teleconference with Tula | JMR | 5.50 |
| 01/13/06 | Complete answer and motion to set aside default judgment | JMR | 5.00 |
| 01/17/06 | Teleconference with client re: ████████████ ████████████████ | JMR | 0.40 |
| 01/20/06 | Read Motion for Extension of Time to File Opposition | JMR | 0.20 |
| 01/21/06 | Receive and review motion for extension of time; draft response | SJF | 0.50 |
| 01/24/06 | Research and review; draft qualified non-opp to Johnson, et. al.'s motion for extnesion of time; confer and review regarding motion for summary judgment | SJF | 1.50 |
| 01/25/06 | Receive and review email regarding minutes of KIC meeting; conference and research regarding motion for SJ & response | SJF | 0.50 |
| 01/25/06 | Review Johnson's Motion for Summary Judgment - review exhibits - review file to begin opposition to motion for summary judgment | JMR | 2.00 |

Accounts are due upon receipt of statement.  Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 01/31/06
ACC'T NO.: SJF-1485.1

| Date | Description | Atty | Hours |
|---|---|---|---|
| 01/26/06 | Receive and review court orders setting dates for default and summary judgment motion practice | SJF | 0.50 |
| 01/26/06 | Teleconference with Tula - ▮▮▮▮▮▮▮▮▮▮▮▮ | JMR | 0.20 |
| 01/27/06 | Teleconference with Tula Lie re: ▮▮▮▮▮▮▮ | JMR | 0.30 |
| 01/31/06 | Outline for Opposition to Summary Judgment; teleconference with John Havelock's office obtain documents via e-mail - review documents received from client | JMR | 1.60 |

**Total of New Services:** 24.50

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 01/31/06 | Photocopies | 34.75 |
| 01/31/06 | Postage | 7.83 |
| 01/31/06 | Online computer legal research | 263.17 |

**Total of New Expenses:** **305.75**

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $0.00 |
| NEW SERVICES: | $4,655.00 |
| NEW EXPENSES: | $305.75 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $4,960.75 |
| **CURRENT BALANCE:** | **$4,960.75** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 02/28/06
ACC'T NO.: SJF-1485.1

RE: adv. Sharon Gallahorn

**PREVIOUS BALANCE:** $2,460.75

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 02/02/06 | Research estoppel - reliance on federal law - state law - review restatement | SJF | 0.10 |
| 02/03/06 | Work on opposition to motion for summary judgment - teleconference with KIC attorney's office | SJF | 1.80 |
| 02/05/06 | Work on Opposition to Motion for Summary Judgment - research reasonable reliance as a matter of law in federal and state court - continue dictation | JMR | 2.70 |
| 02/06/06 | Opposition to Motion for Summary Judgment | JMR | 2.20 |
| 02/07/06 | Teleconference with Tula re: Affidavit | JMR | 0.30 |
| 02/07/06 | Teleconference with Tula | JMR | 0.30 |
| 02/08/06 | Teleconference with John Havelock twice re [redacted] | JMR | 0.40 |
| 02/08/06 | Work on Opposition to Motion for Summary Judgment; teleconference with John Havelock | JMR | 5.30 |
| 02/09/06 | Teleconference with John Havelock work on opposition to motion for summary judgment | JMR | 0.10 |
| 02/11/06 | Reveiw and edit draft oppositon to motion for summary judgment | SJF | 2.00 |
| 02/11/06 | Complete rough draft of opposition to motion for summary judgment | JMR | 6.00 |
| 02/13/06 | Complete opposition to motion for summary judgment - affidavit of Sharon Lie - Affidavit of Chris Lie | JMR | 7.50 |
| 02/14/06 | Teleconference with John Havelock re [redacted] review KIC motion for summary judgment | JMR | 0.20 |
| 02/16/06 | Receive and review statement of genuine issues | SJF | 0.50 |

Accounts are due upon receipt of statement. Please make checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

**FORTIER & MIKKO, P.C.**
Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 02/28/06
ACC'T NO.: SJF-1485.1

| Date | Description | Atty | Hours |
|---|---|---|---|
| 02/23/06 | Begin Reply to Opposition to Motion to Set Aside Default Judgment | JMR | 2.20 |
| 02/24/06 | Receive and review orders and motions to strike | SJF | 0.50 |

**Total of New Services:** 32.10

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 02/28/06 | Messenger service | 5.00 |
| 02/28/06 | Postage | 0.87 |
| 02/28/06 | Photocopies | 43.00 |
| 02/28/06 | Online computer legal research | 252.07 |
| 02/28/06 | Long distance phone/fax charges | 5.67 |

**Total of New Expenses:** 306.61

| DATE | PAYMENT | AMOUNT |
|---|---|---|
| 02/28/06 | Payment received 3/29/06 thank you. | 2,500.00 |

**Total of New Payments:** 2,500.00

**ACCOUNT SUMMARY**

| | |
|---|---|
| PREVIOUS BALANCE: | $2,460.75 |
| NEW SERVICES: | $6,099.00 |
| NEW EXPENSES: | $306.61 |
| NEW PAYMENTS: | $2,500.00 |
| TOT. CURRENT PERIOD: | $6,405.61 |
| **CURRENT BALANCE:** | **$6,366.36** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.
Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE:   03/31/06
ACC'T NO.:   SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   $6,366.36

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 03/02/06 | Teleconference with Sharon Lie - work on opposition to Motion to Set Aside Default | JMR | 1.00 |
| 03/06/06 | Complete Reply to Opposition to Set Aside Default - complete 2nd Affidavit; teleconference with Sharon Lie | JMR | 2.00 |
| 03/07/06 | Review and approve Reply Brief | SJF | 0.50 |
| 03/07/06 | Receive and review motion to strike regarding affidavit. | SJF | 0.50 |
| 03/16/06 | Review and approve opposition to motion to strike | SJF | 0.50 |
| 03/16/06 | Draft Opposition to Motion to Strike Opposition to Summary Judgment file | JMR | 1.00 |
| 03/17/06 | Draft Opposition to Motion to Strike; affidavit of Karen Gallahorn | JMR | 1.70 |
| 03/20/06 | Work on Opposition to Motion to Strike Sharron's affidavit - research re: reply affidavits | JMR | 2.20 |
| 03/30/06 | Complete Lie Opposition to Motion to Strike | JMR | 1.60 |

**Total of New Services:**   11.00

| DATE | EXPENSE | AMOUNT |
|---|---|---|
| 03/31/06 | Long distance phone/fax charges | 2.77 |
| 03/31/06 | Photocopies | 11.00 |
| 03/31/06 | Online computer legal research | 188.70 |

**Total of New Expenses:**   202.47

Accounts are due upon receipt of statement. Please make checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE:      03/31/06
ACC'T NO.:         SJF-1485.1

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $6,366.36 |
| NEW SERVICES: | $2,090.00 |
| NEW EXPENSES: | $202.47 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $2,292.47 |
| **CURRENT BALANCE:** | **$8,658.83** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE:   04/30/06
ACC'T NO.:   SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   **$8,658.83**

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 04/02/06 | Review, edit and approve draft response to motion to strike | SJF | 0.80 |

**Total of New Services:**   **0.80**

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $8,658.83 |
| NEW SERVICES: | $152.00 |
| NEW EXPENSES: | $0.00 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $152.00 |
| **CURRENT BALANCE:** | **$8,810.83** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharon Lie

BILLING DATE: 05/31/06
ACCT NO.: SJF-1485.1

RE: adv. Sharon Gallahorn

**PREVIOUS BALANCE:** $8,810.83

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 05/09/06 | Conference and research regarding J. Burgess order | SJF | 0.50 |
| 05/17/06 | Receive and review status report and draft response | SJF | 0.30 |
| 05/19/06 | Telephone to John Havelock and discuss status report | SJF | 0.30 |
| **Total of New Services:** | | | **1.10** |

| DATE | EXPENSE | | AMOUNT |
|---|---|---|---|
| 05/31/06 | Postage | | 0.39 |
| 05/31/06 | Photocopies | | 2.25 |
| **Total of New Expenses:** | | | **2.64** |

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $8,810.83 |
| NEW SERVICES: | $209.00 |
| NEW EXPENSES: | $2.64 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $211.64 |
| **CURRENT BALANCE:** | **$9,022.47** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

**FORTIER & MIKKO, P.C.**
Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharron Lie

BILLING DATE:  06/30/06
ACC'T NO.:  SJF-1485.1

RE:   adv. Sharon Gallahorn

**PREVIOUS BALANCE:**   $9,022.47

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 06/27/06 | Receive letter from Tula; Settlement Offer from Tim Scheurch, new President of KIC, ▇▇▇▇▇▇ teleconference with family | JMR | 0.30 |
| 06/28/06 | Receive and review letter from Sharon; draft letter to Sharon | SJF | 0.50 |

**Total of New Services:**                                               0.80

| DATE | EXPENSE | | AMOUNT |
|---|---|---|---|
| 06/30/06 | Postage | | 0.39 |

**Total of New Expenses:**                                               0.39

| DATE | PAYMENT | | AMOUNT |
|---|---|---|---|
| 06/30/06 | Payment received thank you (2 separate money orders in the amount of $500/each) | | 1,000.00 |

**Total of New Payments:**                                               1,000.00

### ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $9,022.47 |
| NEW SERVICES: | $152.00 |
| NEW EXPENSES: | $0.39 |
| NEW PAYMENTS: | $1,000.00 |
| TOT. CURRENT PERIOD: | $152.39 |
| **CURRENT BALANCE:** | **$8,174.86** |

Accounts are due upon receipt of statement. Please make checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104

# FORTIER & MIKKO, P.C.

Attorneys at Law
101 West Benson Blvd., Suite 304
Anchorage, Alaska 99503
(907) 277-4222

Sharron Lie

BILLING DATE: 07/31/06
ACC'T NO.: SJF-1485.1

RE: adv. Sharon Gallahorn

**PREVIOUS BALANCE:** $8,174.86

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME |
|---|---|---|---|
| 07/13/06 | Receive and review Mitchell reply brief | JMR | 0.50 |
| 07/23/06 | Receive order from the court regarding order to show cause why case should not be dismissed for lack of jurisdiction - draft explanatory letter to Tula | JMR | 0.70 |

**Total of New Services:** 1.20

| DATE | EXPENSE | | AMOUNT |
|---|---|---|---|
| 07/31/06 | Postage | | 0.63 |
| 07/31/06 | Photocopying | | 8.00 |

**Total of New Expenses:** 8.63

## ACCOUNT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE: | $8,174.86 |
| NEW SERVICES: | $228.00 |
| NEW EXPENSES: | $8.63 |
| NEW PAYMENTS: | $0.00 |
| TOT. CURRENT PERIOD: | $236.63 |
| **CURRENT BALANCE:** | **$8,411.49** |

Accounts are due upon receipt of statement. Please make
checks payable to FORTIER & MIKKO, P.C.
*** THANK YOU *** FEDERAL TAX I.D. 92-0116104