DONALD CRAIG MITCHELL
Alaska Bar No. 7605046
1335 F Street
Anchorage, Alaska 99501
(907) 276-1681
(907) 276-1681 (Fax)

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Deborah Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>      Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>      Defendants. | No. 3:05-cv-110 JWS |

## OBJECTION TO BILL OF COSTS

Pursuant to Local Civil Rule 54.1(c), plaintiffs Mabel Johnson and Karan Gallahorn object to defendant Sharron Lie's Bill of Costs in its entirety.

On August 18, 2006 the court issued an Order from Chambers in which it dismissed the plaintiffs' first claim for relief on the ground that 28 U.S.C. 1331 does not confer subject matter jurisdiction on the court to adjudicate the claim, and dismissed

the plaintiffs' second claim for relief on the ground that Article III of the United States Constitution does not confer subject matter jurisdiction on the court to adjudicate that claim. See Clerk's Docket No. 74.

On August 21, 2006 the Clerk of Court issued a judgement that the court approved on the same date. See Clerk's Docket No. 75. In pertinent part, the judgment states:

> IT IS ORDERED AND ADJUDGED:
>
> THAT the plaintiffs take nothing, that the action be dismissed due to lack of jurisdiction, and that the defendants recover of the plaintiffs their costs of action in the amount of $ _____.
> (emphasis added).

In a note, the judgment also states:

> Award of prejudgment interest, costs and attorney's fees are governed by D. Ak. LR 54.1, 54.3, and 58.1.

In other words, the court did not award the defendants their costs. Rather, the court instructed the Clerk of Court that the defendants are entitled to their costs only if an award of costs is appropriate under Local Civil Rule 54.1, 54.3, or 58.1.

On August 31, 2006 defendant Sharron Lie filed a Bill of Costs in which she seeks a cost award of $826.49. See Clerk's Docket No. 80. Even if arguendo defendant Lie had met her burden of demonstrating that the costs described therein are reasonable,

2

which she did not, as a matter of law, defendant Lie is not entitled to an award of costs in this action.

Federal Rule of Civil Procedure 54(d)(1) states:

> Except when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorneys' fees shall be allowed as of course to the <u>prevailing party</u> unless the court otherwise directs. (emphasis added).

Local Civil Rule 54.1 establishes the process the Clerk of Court is to employ to implement Rule 54(d)(1) in this court. With respect to that process, Local Civil Rule 54.1(a)(1) authorizes a "prevailing party" to file a cost bill no later than ten days after the entry of a judgment.

While defendant Lie filed a cost bill within ten days of the entry of judgment in this action, she had no right to do so because, as the circuit court in <u>Miles v. State of California</u>, 320 F.3d 986 (9th Cir. 2003), instructed this court and every other district court within the ninth circuit:

> costs under Rule 54(d) may not be awarded where an underlying claim is dismissed for lack of subject matter jurisdiction, for in that case the dismissed party is not a "prevailing party" within the meaning of Rule 54(d).

<u>Id</u>. 988. <u>See</u> <u>also</u> <u>accord</u>, <u>Elwood v. Drescher</u>, 456 F.3d 943, 948 (9th Cir. 2006)(circuit court citing <u>Miles</u> as authority affirming

the rule that a district court may not award costs pursuant to Rule 54(d) "when dismissal is based on lack of jurisdiction").

Because, for the purposes of Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.1, defendant Lie was not a "prevailing party" in this action, it would be an abuse of discretion for the Clerk of Court to approve defendant Lie's Bill of Costs.

DATED: September 4, 2006

        s/ DONALD CRAIG MITCHELL
        1335 F Street
        Anchorage, Alaska 99501
        (907) 276-1681
        (907) 276-1681 (Fax)
        dcraigm@aol.com
        Alaska Bar No. 7605046

        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on September 4, 2006, a copy of Objection to Bill of Costs was served on:

JOHN HAVELOCK
Attorney at Law
632 Christensen Drive  Suite 100
Anchorage, Alaska 99501

SAM FORTIER
Fortier & Mikko
Suite 304
101 W. Benson Blvd.
Anchorage, Alaska 99503

        s/ DONALD CRAIG MITCHELL