Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>Defendants. | Case No. A05-110 CV (JWS)<br><br>MOTION TO STRIKE OR IN THE ALTERNATIVE, MOTION TO FILE SURREPLY |

COMES NOW Defendant Lie, through counsel, and moves the Court for an Order striking Plaintiff's "Response to Reply to Objection to Bill of Costs." In the alternative, Ms. Lie moves for leave to file a surreply. The reasons underlying this request are as follows:

1. Plaintiff's "Response" is an inappropriate pleading under Local Rule 7.1;

2. In the event that the motion to strike is denied, the Plaintiff's legal authority, although scanty, is also dead wrong.

This motion is supported by the attached Memorandum of Points and Authorities.

DATED at Anchorage, Alaska this 8th day of September 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By: /s/ Samuel J. Fortier
Samuel J. Fortier
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
Alaska Bar No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 7th day of September 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko