Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, <br><br> Plaintiffs, <br><br> vs. <br><br> KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. A05-110 CV (JKS) <br> ) <br> ) **PROPOSED** <br> ) **ORDER ON SHARRON LIE'S** <br> ) **MOTION TO STRIKE OR IN** <br> ) **ALTERNATIVE, MOTION** <br> ) **TO FILE SURREPLY** <br> ) <br> ) |

This matter having come before this Court on Sharron Lie's Motion for to Strike or in the Alternative, Motion to File Surreply, and the papers on file;

IT IS HEREBY ORDERED that Ms. Lie's Motion to Strike the "Response to Reply to Objection to Bill of Costs" is GRANTED. Alternatively, Ms. Lie's Motion to File Surreply is GRANTED.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

The Honorable John W. Sedwick
United States District Court Judge

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 8th day of September 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko