Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN, | ) ) ) ) |
| Plaintiffs, | ) Case No. A05-110 CV (JWS) ) |
| vs. | ) ) |
| KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE, | ) **MEMORANDUM OF POINTS** ) **AND AUTHORITIES IN SUPPORT** ) **MOTION TO STRIKE OR IN THE** ) **ALTERNATIVE, MOTION TO** |
| Defendants. | ) **FILE SURREPLY** ) |

Plaintiff has filed a "Response" to a reply brief. The Local Rules permit only a

reply, and this is optional. L.R. 7.1. Pursuant to L.R. 7.1(h), supplemental filings are

only permitted upon leave of the Court. Plaintiff did not obtain leave of the Court.

Therefore, the filing is non-conforming and should be stricken.

Alternatively, in the event that the court permits the "Response" in the absence of

leave of Court, the legal authorities Plaintiffs relied upon are simply dead wrong. A

notice of appeal is not effective to dispossess the district court of jurisdiction to dispose

of motions for relief filed no later than 10 days after judgment is entered. F.R.A.P.

4(a)(4); *Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061, 1063-1064 (9th Cir. 2002). The

motions in this case were filed within 10 days after judgment. Therefore, as a matter of

law, this Court has jurisdiction.

<u>CONCLUSION</u>

Plaintiff's "Response" violates the Local Rules and should be stricken.

Alternatively, if the "Response" is not stricken, the premise contained in the "Response"

is simply wrong. This Court retains jurisdiction to determine matters necessary to

complete the record and for the effective and efficient administration of justice, including

the disposition of matters relating to the judgment. A cost bill and request for attorneys'

fees is a matter relating to the administration of justice. This court retains jurisdiction

over the matter, which was filed within 10 days of the court's judgment.

DATED at Anchorage, Alaska this 8th day of September 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By:    /s/ Samuel J. Fortier
        Samuel J. Fortier
        101 W. Benson Blvd., Suite 304
        Anchorage, AK 99503
        Phone: (907) 277-4222
        Fax: (907) 277-4221
        Email: fortmikk@ak.net
        Alaska Bar No. 8211115

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

**Certificate of Service**
I hereby certify that a true and correct copy
of the following document has been sent
electronically and via US mail this 8th day of
September 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501


/s/ Samuel J. Fortier
Fortier & Mikko

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221