Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>Defendants. | Case No. A05-110 CV (JKS)<br><br>**MOTION REQUESTING COURT TO DETERMINE SUBMITTALS FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 28 U.S.C. § 1919** |

COMES NOW Defendant Sharron Lie ("Lie"), through counsel, and hereby requests this Court to consider the pending Motions for Attorneys' Fees and Costs, pursuant to 28 U.S.C. § 1919. The basis for this motion, as more fully explained in the attached Memorandum of Points and Authorities, is that, while Rule 54(d) Fed. Rule of Civil Procedure, may be inapplicable when an action is dismissed for want of jurisdiction, 28 U.S.C. § 1919 permits the Court to order the payment of just costs.

DATED at Anchorage, Alaska this 11th day of September 2006.

FORTIER & MIKKO, P.C.
Attorneys for Defendant Sharron Lie

By: /s/ Samuel J. Fortier
Samuel J. Fortier
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax: (907) 277-4221
Email: fortmikk@ak.net
ABA No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 11th day of September 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko