Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>Defendants. | Case No. A05-110 CV (JKS)<br><br>**PROPOSED ORDER ON SHARRON LIE'S MOTION REQUESTING COURT TO DETERMINE SUBMITTALS FOR ATTORNEYS' FEES AND COSTS** |

This matter having come before this Court on Sharron Lie's for the Court to consider submittals with respect to attorneys' fees and Ms. Lie's Cost Bill, pursuant to 28 U.S.C. § 1919, and the Court being advised in the premises;

IT IS HEREBY ORDERED that Ms. Lie's motion GRANTED.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

The Honorable John W. Sedwick
United States District Court Judge

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 11th day of September 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222 FAX LINE (907) 277-4221

*Johnson, et al. v. Kikiktagruk Inupiat Corp., et al.*, Case No A05-110 CV
Order Granting Motion to Strike or File Surreply     2