Samuel J. Fortier
FORTIER & MIKKO, P.C.
101 W. Benson Blvd., Ste 304
Anchorage, AK 99501
Phone (907) 277-4222
Fax (907) 277-4221
Attorneys for Sharron Lie

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter, and KARAN GALLAHORN,<br><br>    Plaintiffs,<br><br>vs.<br><br>KIKIKTAGRUK INUPIAT CORPORATION, and SHARRON LIE,<br><br>    Defendants. | ) <br>) <br>) <br>) <br>) Case No. A05-110 CV (JWS)<br>) <br>) <br>) **MEMORANDUM OF POINTS**<br>) **AND AUTHORITIES IN SUPPORT**<br>) **MOTION REQUESTING COURT**<br>) **TO DETERMINE SUBMITTALS**<br>) **FOR ATTORNEYS FEES AND**<br>) **COSTS** |

## INTRODUCTION

This Court dismissed this case for want of subject matter jurisdiction. Docket No. 74. The Court issued its judgment on August 21, 2006. Docket No. 75. Ms. Lie filed a Cost Bill and a Motion for Attorneys' Fees on August 31, 2006. Docket Nos. 79, 80, and 84. The Plaintiffs have filed objections, asserting that the Court lacks jurisdiction to award fees and costs. Docket No. 86. Ms. Lie has responded, establishing that the Court does have jurisdiction, pursuant to 28 U.S.C. § 1919, and, in addition, has also relied upon numerous authorities in its briefings. See Reply to Objection, Docket No. 87.

## ARGUMENT

The Clerk's Office has advised that the Court must consider the legal arguments, in view of the fact that Plaintiffs have raised a prevailing party issue. While Plaintiffs' issues do not appear to be limited to the question of prevailing party, it does appear that Plaintiffs are raising a jurisdictional issue. Accordingly, Ms. Lie requests that this Court consider the present motions pending, which were timely filed, pursuant to the Federal Rules of Appellate Procedure as "matters pending before this Court within ten days following entry of judgment."[1] Here, the motion for an award of attorneys' fees was timely filed, reaching the Court on August 31, 2006. *See* Docket No. 79. The motion and Ms. Lie's Cost Bill were timely submitted, although the submittals were in response to the Court's judgment inviting Ms. Lie and co-defendant KIC to file and requesting costs as "prevailing parties."

While it may be that, with regard to dismissal for want of jurisdiction, there is no prevailing party, which is Plaintiffs' argument, that fact, standing alone, does not divest this Court of jurisdiction to award "just costs" under 28 U.S.C. § 1919. 28 U.S.C. § 1919 provides: "Whenever an action or suit is dismissed in any district court … for want of jurisdiction, such court may order the payment of just costs." Consequently, express statutory authority exists for this Court to consider an award of attorneys' fees and other

---

[1] *See* Rule 4(a) Federal Rule of Appellate Procedure; *Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061, 1063-1064 (9th Cir. 2002) (noting that the court's jurisdiction to determine matters, including issues relating to attorneys' fees and costs extends to any motion filed within ten days after entry of judgment).

Memorandum of Points and Authorities                Page 2 of 3
*Johnson, et al. v. KIC, et al.*, Case No 3:05-cv-110 JWS

costs incurred by a party arising out of dismissal for want of jurisdiction. Because the Court can exercise such jurisdiction as a matter of statutory law, if follows, in this case, the motions pending were timely filed, and when ripe, may be decided upon by this Court, including the issue of Ms. Lie's Cost Bill.

## CONCLUSION

For all of the foregoing reasons, Ms. Lie's motion should be granted.

DATED at Anchorage, Alaska this 11th day of September 2006.

> FORTIER & MIKKO, P.C.
> Attorneys for Defendant Sharron Lie
>
> By:   /s/ Samuel J. Fortier
> Samuel J. Fortier
> 101 W. Benson Blvd., Suite 304
> Anchorage, AK 99503
> Phone: (907) 277-4222
> Fax: (907) 277-4221
> Email: fortmikk@ak.net
> Alaska Bar No. 8211115

**Certificate of Service**
I hereby certify that a true and correct copy of the following document has been sent electronically and via US mail this 11th day of September 2006.

Donald C. Mitchell
1335 F Street
Anchorage, AK 99501

John E. Havelock
Law Offices
632 Christensen Drive #100
Anchorage, AK 99501

/s/ Samuel J. Fortier
Fortier & Mikko