MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Johnson v. Kikiktagruk Inupiat Corp.*, et al.

THE HONORABLE JOHN W. SEDWICK           3:05-cv-00110 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**           September 14, 2006

      In an order at docket 74, the court dismissed this action for want of federal question jurisdiction.  Now at docket 76, defendant Kikiktagruk Inupiat Corporation ("KIC") asks the court to award it attorneys' fees based on the application of Rule 82 of the Alaska Rules of Civil Procedure.  At docket 79, defendant Sharon Lie ("Lie") asks for an award of attorneys' fees on the same grounds.  An award pursuant to state law may be made in this court in cases where state law claims have been adjudicated.  Here, however, no state law claim was adjudicated.  All this court did was to determine that it lacked jurisdiction.  Under these circumstances, an award of attorneys' fees would have to be based on federal law.  Neither KIC nor Lie cited any federal authority in support of the motions at dockets 76 and 79 which would permit the award of attorneys' fees, and the court knows of none.  It may be noted that while 28 U.S.C. § 1919 gives the court discretion to award "just costs" in circumstances such as those present here, that statute does not authorize the court to make an award of attorneys' fees.  *See, e.g., Idea Place Corp. v. Fried*, 390 F.Supp. 2d 393 (N.D. Calif. 2005) (section 1919 refers to the costs listed in section 1920 which does not include attorneys' fees).

      For the reasons above the motions at dockets 76 and 79 are each **DENIED**.

_____