UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Johnson, et al. v Kikiktagruk Inupiat Corp., et al.
Court of Appeals No. (leave blank if unassigned): 06-35767
U.S. District Court Judge Name and Case No.: John W. Sedwick
Date Complaint/Indictment/Petition Filed: 5/19/05
Date Appealed Order/Judgment *entered*: 8/18/06 and 8/21/06
Date NOA *filed*: 8/30/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston

RECEIVED SEP 1 1 2006 CLERK, U.S. [DISTRICT COURT] ANCHORAGE, ALASKA

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 8/30/06          Date Docket Fee billed: __
Date FP granted: __                    Date FP denied: __
Is FP pending? no                      Was FP Limited/Revoked? No
US Government Appeal? no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                     Appellee Counsel:
Donald Craig Mitchell                  John E. Havelock
1335 F Street                          632 Christensen Drive, Suite 100
Anchorage, AK  99501                   Anchorage, AK  99501
dcraigm@aol.com                        jehavelock@yahoo.com
(907) 276-1681                         (907) 258-9053

                                       Samuel J. Fortier
                                       101 West Benson Blvd., Suite 304
                                       Anchorage, AK  99503
                                       fortmikk@ak.net
                                       (907) 277-4221

_X_ retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: n/a          Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

Name and phone number of person completing this form: Pam Richter
                                                      (907) 677-6125