# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MABEL JOHNSON, et al       v.    KIKIKTAGRUK INUPIAT CORP., et al

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:05-cv-00110-JWS

    Deputy Clerk                          Official Recorder

    Linda Christensen

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

     The motions at dockets 89 and 93 are each **DENIED**.  See generally the order at docket 98.

     The application for costs at docket 80 is **DENIED**, because therein plaintiff asks to recover attorney fees in the guise of costs.  Again, see generally the order at docket 98.

     Plaintiffs may apply to tax true "costs" of the type recoverable, and only those of the type recoverable, under 28 U.S.C. 1920, provided that the new application is filed within 7 business days from the date this order is filed.  If an application is timely filed, the Clerk of Court shall proceed to tax costs in due course.


                                          ENTERED AT JUDGE'S DIRECTION

DATE:  October 4, 2006                          INITIALS:  lc
                                                                   Deputy Clerk

[FORMS*IA*]