UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 14 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| MABEL JOHNSON, by Debra Higgins, her Next Friend and Daughter; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KIKIKTAGRUK INUPIAT CORP.; et al., <br><br> Defendants - Appellees. | No. 06-35767 <br><br> D.C. No. CV-05-00110-JWS <br> District of Alaska, <br> Anchorage <br><br> ORDER |

RECEIVED
DEC 18 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

The court is in receipt of the appellants' correspondence requesting voluntary dismissal of this appeal. The court construes the appellants' letter as a motion to dismiss. So construed, the motion is granted and this appeal is dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 14 2006

by: _____
Deputy Clerk

FOR THE COURT

_____
Peter W. Sherwood
Circuit Mediator

S:\CASES\2006\06-35767\06-12-12-dism.wpd